IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-43539 |
| | ) | Honorable Brian C. Walsh |
| **HUDSON & MCKEE REAL ESTATE LLC** | ) | Chapter 11 Proceeding |
| | ) | |
| **EIN – 83-4384182** | ) | |
| Debtor. | ) | |
| | ) | Spencer P. Desai, Esq. |
| | ) | The Desai Law Firm, LLC |
| | ) | 13321 North Outer Forty Road, Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |

## APPENDIX TO PETITION

COMES NOW Debtor, Hudson & McKee Real Estate LLC, by and through the undersigned counsel, and files the Appendix to its Voluntary Petition as required by 11 U.S.C §§1116(1) and 1187(a).

1. Hudson & McKee Real Estate LLC certifies, under penalty of perjury, that no balance sheet, statement of operations or cash-flow statement has been prepared or exists.

2. The Debtor has not never filed a federal or state tax return.

Under penalty of perjury, I declare that the contents of this Appendix are true and correct.

/s/ Raymond McKee
Raymond McKee

STATE OF MISSOURI    )
                     ) SS.
COUNTY OF ST. LOUIS  )

On this 10th day of October, 2023, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, personally appeared **SPENCER P. DESAI**, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in St. Louis County, Missouri, the day and year last above written.

/s/ Spencer P. Desai
Notary Public in and for said County and State

My Commission Expires:  January 19, 2026