Fill in this information to identify the case:

Debtor Name  HUDSON & MCKEE REAL ESTATE LLC

United States Bankruptcy Court for the:  EASTERN  District of  MISSOURI
(State)

Case number:   23-43539-357

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest
12/17

This is the *Periodic Report* as of ____11/15/2023____ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3.  For purposes of this form, "Debtor" shall include the estate of such Debtor.

Hudson & McKee Real Estate LLC holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| H&M II, LLC | 100% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name ___Hudson & McKee Real Estate LLC_____   Case number__23-43539-357_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| **For non-individual Debtors:** | ✗ ___/s/Raymond McKee_____ |
| --- | --- |
| | Signature of Authorized Individual |
| | ___Raymond McKee_____ |
| | Printed name of Authorized Individual |
| | Date ___11/15/2023_____ |
| | MM / DD / YYYY |

| **For individual Debtors:** | ✗ _____ | ✗ _____ |
| --- | --- | --- |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | _____ | _____ |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _____ | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name: Hudson & McKee Real Estate LLC

Case number: 23-43539-357

## Exhibit A: Financial Statements for H&M II, LLC

**H&M II, LLC was created on the petition date and has no financial statements at this time**

Debtor Name: Hudson & McKee Real Estate LLC

Case number: 23-43539-357

### Exhibit B: Description of Operations for H&M II, LLC

H&M II LLC is an entity formed to hold real estate that cannot be insured due to its present condition.  It has no business operations.  When a property is refurbished and ready for lease, it is transfered to Hudson & McKee Real Estate LLC.

Debtor Name  Hudson & McKee Real Estate LLC                              Case number  23-43539-357

# Exhibit C: Description of Intercompany Claims

None

Debtor Name  Hudson & McKee Real Estate LLC     Case number 23-43539-357

# Exhibit D: Allocation of Tax Liabilities and Assets

None

Debtor Name _____Hudson & McKee Real Estate LLC_____    Case number _____23-43539-357_____

| **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |

None

| REAL ESTATE TRANSFERRED TO H&M II, LLC ||||||||
|---|---|---|---|---|---|---|---|
| Address & Type Of Property | Title Formerly In Name Of | | Active / Vacant | | Market Value | Mortage Holder | Mortage Balanc |
| 1721 Bacon | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 1817 Bacon | Hudson & McKee Real Estate | Building | Vacant | | $ 45,750 | N/A | $ - |
| 1920 Bacon | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 1923 Bacon | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 1924 Bacon | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 2539 Bacon | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 2709 Bacon | Hudson & McKee Real Estate | Building | Vacant | | $ 94,800 | N/A | $ - |
| 781 Bayard ave | Hudson & McKee Real Estate | Building | Vacant | | $ 78,000 | N/A | $ - |
| 2942 Cass | Hudson & McKee Real Estate | Building | Vacant | | $ 63,600 | N/A | $ - |
| 1829 Coleman | Hudson & McKee Real Estate | Building | Vacant | | $ 75,600 | N/A | $ - |
| 1900 Coleman | Hudson & McKee Real Estate | Building | Vacant | | $ 45,600 | N/A | $ - |
| 2521 Coleman | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 3508 Cozens | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 3732 Cozens | Hudson & McKee Real Estate | Building | Vacant | | $ 66,000 | N/A | $ - |
| 2702 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 184,800 | N/A | $ - |
| 2705 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 58,800 | N/A | $ - |
| 2709 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 69,600 | N/A | $ - |
| 2713 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 57,660 | N/A | $ - |
| 2801 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 71,700 | N/A | $ - |
| 2803 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 76,500 | N/A | $ - |
| 2804 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 75,300 | N/A | $ - |
| 2809 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 168,000 | N/A | $ - |
| 2819 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 73,500 | N/A | $ - |
| 2826 Dayton | Hudson & McKee Real Estate | Building | Vacant | | $ 105,300 | N/A | $ - |
| 2830 Dayton | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 1718 Elliot | Hudson & McKee Real Estate | Building | Vacant | | $ 117,600 | N/A | $ - |
| 1807 Elliot | Hudson & McKee Real Estate | Building | Vacant | | $ 78,000 | N/A | $ - |
| 1816 Elliot | Hudson & McKee Real Estate | Building | Vacant | | $ 66,000 | N/A | $ - |
| 3100 Evans | Hudson & McKee Real Estate | Building | Active | | $ 195,000 | N/A | $ - |
| 3110 Evans | Hudson & McKee Real Estate | Building | Vacant | | $ 51,600 | N/A | $ - |
| 2816 Gamble | Hudson & McKee Real Estate | Lot | Vacant | | $ 30,000 | N/A | $ - |
| 2818 Gamble | Hudson & McKee Real Estate | Building | Vacant | | $ 63,450 | N/A | $ - |

| Address | Agent | Type | Status | Price | | |
|---|---|---|---|---|---|---|
| 2820 Gamble | Hudson & McKee Real Estate | Building | Vacant | $ 58,500 | N/A | $ - |
| 2827 Gamble | Hudson & McKee Real Estate | Building | Vacant | $ 122,400 | N/A | $ - |
| 2831 Gamble | Hudson & McKee Real Estate | Building | Active | $ 378,000 | N/A | $ - |
| 2834 Gamble | Hudson & McKee Real Estate | Building | Active | $ 216,000 | N/A | $ - |
| 1344 Garrison | Hudson & McKee Real Estate | Building | Vacant | $ 108,800 | N/A | $ - |
| 1348 Garrison | Hudson & McKee Real Estate | Building | Vacant | $ 108,800 | N/A | $ - |
| 1350 Glasgow | Hudson & McKee Real Estate | Building | Active | $ 198,000 | N/A | $ - |
| 1622 Glasgow | Hudson & McKee Real Estate | Building | Vacant | $ 180,000 | N/A | $ - |
| 2810 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 60,960 | N/A | $ - |
| 2816 JCPB | Hudson & McKee Real Estate | Building | Active | $ 108,000 | N/A | $ - |
| 2901 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 2903 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 48,000 | N/A | $ - |
| 2905 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 2916 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2918 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2920 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 198,000 | N/A | $ - |
| 2932 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2950 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 73,350 | N/A | $ - |
| 2952 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2954 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 3025 JCPB | Hudson & McKee Real Estate | Building | Active | $ 238,800 | N/A | $ - |
| 3027 JCPB | Hudson & McKee Real Estate | Building | Active | $ 346,000 | N/A | $ - |
| 1024 Leffingwell | Hudson & McKee Real Estate | Building | Vacant | $ 351,000 | N/A | $ - |
| 1353l Leffingwell | Hudson & McKee Real Estate | Building | Vacant | $ 92,400 | N/A | $ - |
| 2835 Madison | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 2728 Mills | Hudson & McKee Real Estate | Building | Vacant | $ 45,000 | N/A | $ - |
| 1721 N Leffingwell | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2803 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 54,300 | N/A | $ - |
| 2805 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 48,600 | N/A | $ - |
| 2811 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 73,800 | N/A | $ - |
| 2814 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 60,000 | N/A | $ - |
| 2815 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 39,600 | N/A | $ - |
| 2822 Sheridan | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2908 Sheridan | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2908 Sheridan | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2910 Sheridan | Hudson & McKee Real Estate | Building | Active | $ 119,000 | N/A | $ - |
| 2709 Stoddard | Hudson & McKee Real Estate | Building | Vacant | $ 72,000 | N/A | $ - |
| 2801 Stoddard | Hudson & McKee Real Estate | Building | Vacant | $ 117,000 | N/A | $ - |
| 2829 Stoddard | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2831 Stoddard | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 2610 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 78,000 | N/A | $ - |
| 2724 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 60,000 | N/A | $ - |
| 2800 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 106,800 | N/A | $ - |
| 2801 Thomas | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2823 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 78,000 | N/A | $ - |
| 2824 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 72,000 | N/A | $ - |
| 2826 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 58,500 | N/A | $ - |
| 2828 Thomas | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2913 Thomas | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2937 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 72,000 | N/A | $ - |
| 3111 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 58,800 | N/A | $ - |
| | | | | $ 7,162,570 | | $ - |