**Fill in this information to identify the case:**

Debtor Name: Hudson & McKee Real Estate

United States Bankruptcy Court for the: Eastern District of Missouri

Case number: 23-43539

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: 1/2024

Date report filed: 06/03/2024
MM / DD / YYYY

Line of business: Real Estate

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Hudson & McKee Real Estate

Original signature of responsible party: _____

Printed name of responsible party: Raymond McKee

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Hudson & McKee Real Estate                           Case number 23-43539

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                         $ 5,315.00

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                          $ 9,265.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                         − $ 8,165.00

22. **Net cash flow**                                                              + $ 900.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**                                       = $ 6,215.00

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                               $ 28,860.00
    (Exhibit E)

Debtor Name **Hudson & McKee Real Estate**      Case number **23-43539**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**      $ _____0_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      _____0_____
27. What is the number of employees as of the date of this monthly report?      _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____0_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____0_____
30. How much have you paid this month in other professional fees?      $ _____0_____
31. How much have you paid in total other professional fees since filing the case?      $ _____0_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A **Projected** (Copy lines 35-37 from the previous month's report.) | | Column B **Actual** (Copy lines 20-22 of this report.) | | Column C **Difference** (Subtract Column B from Column A.) |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 12,000.00 | − | $ 9,265.00 | = | $ -2,735.00 |
| 33. **Cash disbursements** | $ 9,600.00 | − | $ 8,165.00 | = | $ -1,435.00 |
| 34. **Net cash flow** | $ 2,400.00 | − | $ 900.00 | = | $ |

35. Total projected cash receipts for the next month:      $ 10,000.00
36. Total projected cash disbursements for the next month:      - $ 8,000.00
37. Total projected net cash flow for the next month:      = $ 2,000.00

Official Form 425C      Monthly Operating Report for Small Business Under Chapter 11      page 3

Debtor Name Hudson & McKee Real Estate    Case number 23-43539

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

## Management Detail Report

Description: A detail of all income, expenses, management fees, owner draws and owner contributions over a specified period.

### Report Period
1/01/2024 - 1/31/2024

### Portfolio Balance as of 1/31/2024

### Mgmt Fees For Period
$962.50

### Held in Escrow
$6,215.00

## Income

| Type | Date | Name | Paid Amount |
|---|---|---|---|
| **Rent** | | | |
| Charge | 1/1/2024 | BRANTNER2:2826SHERIDAN | $800.00 |
| Charge | 1/1/2024 | BRANTNER2:2900SHERIDAN | $900.00 |
| Charge | 1/1/2024 | BRANTNER2:3127SHERIDAN | $750.00 |
| Charge | 1/1/2024 | BRANTNER:3127BRANTNER | $950.00 |
| Charge | 1/1/2024 | BRANTNER:3129BRANTNER | $950.00 |
| Charge | 1/1/2024 | BRANTNER:3135BRANTNER | $900.00 |
| Charge | 1/1/2024 | BRANTNER:3143ABRANTNER | $1,025.00 |
| Charge | 1/1/2024 | BRANTNER:3147ABRANTNER | $1,100.00 |
| Charge | 1/1/2024 | BRANTNER:3149ABRANTNER | $900.00 |
| Total Rent | | | $8,275.00 |
| Charge | 1/15/2024 | BRANTNER:3141BRANTNER | $900.00 |
| Total Deposit | | | $900.00 |
| Charge | 1/15/2024 | BRANTNER:3141BRANTNER | $90.00 |
| Total Permits | | | $90.00 |
| **Total Income** | | | **$9,265.00** |

## Expense

| Type | Date | Name | Paid Amount |
|---|---|---|---|
| Expense | 1/31/2024 | Ameren | $0.00 |
| Expense | 11/31/2024 | Spectrum | $320.00 |
| Expense | 1/31/2024 | Spire | $0.00 |
| Expense | 1/15/2024 | Trash - Allied Waste | $600.00 |
| Expense | 1/31/2024 | Trash - Allied Waste | $600.00 |
| Expense | 1/31/2024 | Dumpsters - We Haul | $1,050.00 |
| Expense | 1/31/2024 | Legal - Evictions | $1,200.00 |
| Expense | 1/31/2024 | Maintenance / Renovations -McKee Contracting | $25,000.00 |
| Expense | 1/31/2024 | Occupancy Permits | $90.00 |
| **Total Expense** | | | **$28,860.00** |

Generated By:   Raymond Mckee
Generated On:   2/30/2024
Run Date:       1/31/2024

## OCCUPANCY/EVICTION/MOVE OUTS

| | | |
|---|---|---|
| 3121 Brantner | | Vacant |
| 3121A Brantner | | Vacant |
| 3123 Brantner | | Pending Eviction |
| 3123A Brantner | | Pending Eviction |
| 3125 Brantner | | Vacant |

| Unit | Street | Status |
|---|---|---|
| 3125A | Brantner | Vacant |
| 3127 | Brantner | Current |
| 3127A | Brantner | Pending Eviction |
| 3129 | Brantner | Current |
| 3131 | Brantner | Pending Eviction |
| 3133 | Brantner | Eviction Filed |
| 3135 | Brantner | Current |
| 3141 | Brantner | Vacant |
| 3141A | Brantner | Current |
| 3143 | Brantner | Vacant |
| 3143A | Brantner | Current |
| 3147 | Brantner | Pending Eviction |
| 3147A | Brantner | Current |
| 3149 | Brantner | Current |
| 3149A | Brantner | Evicted |
| 2826 | Sheridan | Current |
| 2900 | Sheridan | Current |
| 2902 | Sheridan | Vacant |
| 3127 | Sheridan | Current |
| 3127F | Sheridan | Pending Eviction |



McKee Investments LLC
Operating Account
Operating Account
3155 Brantner Pl
Saint Louis MO 63106-1311

# Bank Statement

*If you have questions about your statement, please call us at 800-453-BANK.*

**Primary Account Number:**

**Statement Date:** January 31, 2024
**Page Number:** 1 of 10

## FOR YOUR INFORMATION

Start the new year off with less clutter by switching to paperless banking statements. These provide the same information as your traditional paper statements with the option of printing, saving, and viewing historical documents. Sign up for FREE paperless statements by logging in to Small Business Online Banking and navigating to Account Management under Customer Service.

---

**myBusiness Select Checking**  Account # 670406080

**Account Summary**  Account #

| | |
|---|---:|
| Beginning Balance on January 1, 2024 | $ 21,890.07 |
| Deposits & Other Credits | + 32,277.89 |
| ATM Withdrawals & Debits | - 7,888.59 |
| Debit Card Purchases & Debits | - 27,545.56 |
| Withdrawals & Other Debits | - 4,289.77 |
| Checks Paid | - 13,960.00 |
| Ending Balance on January 31, 2024 | $ 484.04 |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Page Number:** 2 of 10

### Service Charge Summary   Account #

| | |
|---|---:|
| **Monthly Service Charge** | **$9.00** |
| **Transaction Counts** | |
| Debits | 9 |
| Credits | 14 |
| Deposited Items | 14 |
| **Total Transactions** | **37** |
| **Transaction Service Charge** | **$0.00** |
| **Cash Amount**[1] | |
| **Total Cash Amount** | **$2,580** |
| Free Cash Amount | $10,000 |
| **Billable Cash Amount** | **$0** |
| **Cash Service Charge** | **$0.00** |
| **Total Service Charge**[2] | **$9.00** |

[1] Refer to the Deposits and Other Credits section of the statement for exact cash deposit amounts.
[2] Refer to the Small Business Fee Schedule for specific per transaction and cash deposit costs. You may receive charges on this statement for items not included in the above counts (statement fees, ATM fees, Online Banking fees, International ACH fees, etc.)
   If you do not have sufficient funds in your account to cover the Total Service Charge, any outstanding fees will be deducted in the next billing cycle.

### Daily Balance Summary   Account #

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 01-02 | 7,780.08 | 01-11 | 774.35 | 01-23 | 8,166.56 |
| 01-03 | 643.78 | 01-12 | 649.20 | 01-24 | 7,804.70 |
| 01-04 | 213.28 | 01-16 | -408.23 | 01-25 | 3,053.05 |
| 01-05 | 5,427.16 | 01-17 | -516.23 | 01-26 | 1,295.18 |
| 01-08 | 3,820.96 | 01-18 | 14,471.77 | 01-29 | 22.44 |
| 01-09 | 3,543.41 | 01-19 | 9,005.58 | 01-30 | -51.32 |
| 01-10 | 1,971.48 | 01-22 | 8,187.06 | 01-31 | 484.04 |

### Deposits & Other Credits   Account #

| Description | | Date Credited | Amount |
|---|---|---:|---:|
| ACH Deposit<br>Bank Entry Bmo Harris Bank<br>071000282025039 | 24003006930183 | 01-03 | 848.00 |
| ACH Deposit<br>Checking<br>042000018176547 Housing Author | 24003006971724 | 01-03 | 3,248.00 |
| Bus Debit Card Credit<br>New York City NY | Venmo*Mckee Raymond | 01-04 | 2,475.00 |
| Deposit<br>U89052 R114 B0836 D3666 Sq037<br>0114000037366600000 | 650836663287 | 01-05 | 2,000.00 |
| Deposit<br>U89143 R111 B4741 D4164 Sq095<br>0111000095416400000 | 654741373923 | 01-05 | 4,114.00 |
| Deposit<br>U89139 R111 B4741 D4162 Sq078<br>0111000078416200000 | 654741410271 | 01-09 | 950.00 |
| Bus Debit Card Credit<br>San Francisco CA | Cash App*Raymond McKee*Ca | 01-16 | 147.38 |



McKee Investments LLC

**Primary Account Number:**
**Statement Date:** January 31, 2024
**Page Number:** 3 of 10

## Deposits (Cont.)

| Description | | Date Credited | Amount |
|---|---|---|---|
| Deposit U89143 R111 B4741 D4164 Sq010 Large Deposit | 654741375889 | 01-18 | 13,588.00 |
| Deposit U81755 R111 B4741 D4163 Sq070 0111000070416300000 | 654741659553 | 01-18 | 1,400.00 |
| Deposit U87839 R113 B0813 D1367 Sq028 0113000028136700000 | 650813745688 | 01-22 | 1,300.00 |
| ATM Deposit St. Louis MO 000000002752 | 901 S. Vandeventer M495 | 01-22 | 250.00 |
| ATM Deposit St. Louis MO 000000002753 | 901 S. Vandeventer M495 | 01-22 | 100.00 |
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 01-22 | 147.38 |
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 01-25 | 402.82 |
| Bus Debit Card Credit VISA Direct CA | Apple Cash Inst Xfer | 01-31 | 619.56 |
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 01-31 | 687.75 |

**Total Deposits & Other Credits** $32,277.89

## ATM Withdrawals & Debits  Account #

Transaction date is when the item was authorized by the merchant and the available balance in your account was reduced. The date paid is when the bank received the transaction to process.

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase - Pin Saint Louis MO 400118738840 | Qt 658 Inside 001 | 01-01 | 01-02 | 16.60 |
| Debit Card Purchase - Pin Saint Louis MO 400117702802 | Qt 658 Outside 001 | 01-01 | 01-02 | 75.77 |
| Debit Card Purchase - Pin Brentwood MO 400200825973 | The Home Depot 3002 06200995 | 01-01 | 01-02 | 163.62 |
| Debit Card Purchase - Pin Maplewood MO 400151509400 | Wal Mart 5150 24515001 | 01-01 | 01-02 | 523.71 |
| Debit Card Purchase - Pin Bridgeton MO 400220924503 | The Home Depot 3003 06201092 | 01-02 | 01-02 | 75.52 |
| Debit Card Purchase - Pin St Louis MO 000000000122 | Circle K 01618 35 S Gr 0200 | 01-02 | 01-02 | 33.63 |
| Debit Card Purchase - Pin Bridgeton MO 010219149909 | Wm Superc Wal Mart Su 11880039 | 01-02 | 01-03 | 68.76 |
| Debit Card Purchase - Pin Bridgeton MO 400211885550 | Wal Mart 1188 24118801 | 01-02 | 01-03 | 108.00 |
| Debit Card Purchase - Pin St. Ann MO 400417463218 | Mnrd St. Ann 11140 St 99999999 | 01-04 | 01-04 | 205.50 |
| Debit Card Purchase - Pin Bridgeton MO 400516345992 | The Home Depot 3003 06201143 | 01-05 | 01-05 | 648.23 |
| Debit Card Purchase - Pin Brentwood MO 400519133368 | The Home Depot 3002 06200930 | 01-05 | 01-05 | 246.03 |

**ATM Withdrawals & Debits**  Account # 6▮▮▮▮▮▮▮▮ (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase - Pin  St Louis   MO   400619220022 | Shell Service Station 57797801 | 01-06 | 01-08 | 22.68 |
| Debit Card Purchase - Pin  Bridgeton   MO   400717463682 | The Home Depot  3003  06201047 | 01-07 | 01-08 | 708.12 |
| Debit Card Purchase - Pin  St Louis   MO   400722984516 | Qt 614 Inside            001 | 01-07 | 01-08 | 61.83 |
| Debit Card Purchase - Pin  Bridgeton   MO   400817594653 | The Home Depot  3003  06201092 | 01-08 | 01-08 | 13.03 |
| Debit Card Purchase - Pin  Maryland Heigmo   400903521556 | Walgreens Store 12509 99999999 | 01-08 | 01-09 | 41.66 |
| Debit Card Purchase - Pin  Overland   MO   400917011657 | The Home Depot 3037   06203884 | 01-09 | 01-09 | 181.49 |
| Debit Card Purchase - Pin  St. Louis   MO   401000355912 | The Home Depot 3011  05980199 | 01-09 | 01-09 | 279.40 |
| Debit Card Purchase - Pin  Bridgeton   MO   401017649383 | The Home Depot  3003  06201143 | 01-10 | 01-10 | 752.08 |
| Debit Card Purchase - Pin  Saint Louis  MO   401016583727 | Qt 658 Inside            001 | 01-10 | 01-10 | 15.81 |
| Debit Card Purchase - Pin  Saint Louis  MO   401100814873 | Walgreens Store 1400  99999999 | 01-10 | 01-10 | 8.03 |
| Debit Card Purchase - Pin  St Ann     MO   401110635388 | Qt 635 Outside           001 | 01-11 | 01-11 | 58.37 |
| Debit Card Purchase - Pin  Bridgeton   MO   401118853604 | The Home Depot  3003  06201143 | 01-11 | 01-11 | 661.82 |
| Debit Card Purchase - Pin  Brentwood   MO   401120120301 | The Home Depot  3002  06201035 | 01-11 | 01-11 | 218.26 |
| Debit Card Purchase - Pin  Saint Louis  MO   401115655061 | Qt 647 Inside            001 | 01-11 | 01-11 | 19.88 |
| ATM Withdrawal  St Louis   MO   401303755180 | *Grand Blvd & Mlk Blv Imoh1876 | 01-12 | 01-16 | 43.00 |
| Debit Card Purchase - Pin  Brentwood   MO   401318699013 | The Home Depot  3002  06200937 | 01-13 | 01-16 | 7.01 |
| Debit Card Purchase - Pin  Brentwood   MO   401318472704 | The Home Depot  3002  06200937 | 01-13 | 01-16 | 19.98 |
| ATM Withdrawal  St. Louis   MO   000000002492 | 901 S. Vandeventer       M495 | 01-14 | 01-16 | 200.00 |
| Debit Card Purchase - Pin  Saint Louis  MO   401987340471 | Bp 8797490Olive       38873401 | 01-18 | 01-19 | 5.46 |
| Debit Card Purchase - Pin  St. Ann    MO   401917116086 | Mnrd St. Ann 11140 St 99999999 | 01-19 | 01-19 | 23.84 |
| Debit Card Purchase - Pin  Bridgeton   MO   401917473445 | The Home Depot  3003  06201143 | 01-19 | 01-19 | 68.71 |
| Debit Card Purchase - Pin  Wentzville   MO   401918941321 | Qt 654 Inside            001 | 01-19 | 01-19 | 75.11 |
| Debit Card Purchase - Pin  Brentwood   MO   402018407761 | The Home Depot  3002  06200996 | 01-20 | 01-22 | 207.87 |
| Debit Card Purchase - Pin  Brentwood   MO   402018144553 | The Home Depot  3002  06200996 | 01-20 | 01-22 | 19.98 |
| Debit Card Purchase - Pin  Bridgeton   MO   402103340116 | Schnucks Bridget Schn 99999999 | 01-20 | 01-22 | 157.07 |
| Debit Card Purchase - Pin  Bridgeton   MO   402118066046 | The Home Depot  3003  06201103 | 01-21 | 01-22 | 8.00 |
| Debit Card Purchase - Pin  Overland   MO   402122124881 | The Home Depot 3037   06203872 | 01-21 | 01-22 | 169.52 |
| Debit Card Purchase - Pin  Webster Grovemo   402118704426 | Energy Express 2      00033F34 | 01-21 | 01-22 | 6.11 |
| Debit Card Purchase - Pin  Saint Louis  MO   402322557953 | Qt 658 Inside            001 | 01-23 | 01-24 | 42.53 |

Commerce Bank
Member FDIC

McKee Investments LLC

**Primary Account Number:**
**Statement Date:** January 31, 2024
**Page Number:** 5 of 10

**ATM Withdrawals & Debits** Account # _____ (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| ATM Withdrawal<br>St Louis   MO   402421902264 | 3526 Page Blvd    Px3036 | 01-24 | 01-24 | 203.75 |
| Debit Card Purchase - Pin<br>Brentwood   MO   402423336157 | The Home Depot  3002  06200983 | 01-24 | 01-24 | 32.49 |
| Debit Card Purchase - Pin<br>Brentwood   MO   012417521630 | Five Belo 83 Brentwoo 40991002 | 01-24 | 01-24 | 33.60 |
| Debit Card Purchase - Pin<br>St Ann   MO   402500722614 | Qt 635 Inside           001 | 01-24 | 01-25 | 28.13 |
| Debit Card Purchase - Pin<br>Brentwood   MO   402502868193 | The Home Depot  3002  06200983 | 01-24 | 01-25 | 16.61 |
| Debit Card Purchase - Pin<br>Lake St Louismo   402519898095 | Lowe's  2311           001 | 01-25 | 01-25 | 35.84 |
| Debit Card Purchase - Pin<br>St Louis   MO   402521858317 | Qt 614 Inside           001 | 01-25 | 01-26 | 77.05 |
| Debit Card Purchase - Pin<br>St. Louis   MO   402621375361 | The Home Depot  3011  05980199 | 01-26 | 01-26 | 310.20 |
| Debit Card Purchase - Pin<br>Brentwood   MO   402700914011 | The Home Depot  3002  06200995 | 01-26 | 01-26 | 47.60 |
| Debit Card Purchase - Pin<br>Overland   MO   402800587177 | The Home Depot 3037   06203872 | 01-27 | 01-29 | 387.51 |
| Debit Card Purchase - Pin<br>Brentwood   MO   402821992825 | The Home Depot  3002  06200983 | 01-28 | 01-29 | 114.78 |
| Debit Card Purchase - Pin<br>Saint Louis  MO   402816830756 | Qt 647 Outside          001 | 01-28 | 01-29 | 73.96 |
| Debit Card Purchase - Pin<br>Saint Louis  MO   402887344265 | Bp 8797490Olive     38873401 | 01-28 | 01-29 | 18.04 |
| Debit Card Purchase - Pin<br>St Louis   MO   402902845065 | Qt 614 Inside           001 | 01-29 | 01-29 | 30.18 |
| Debit Card Purchase - Pin<br>Brentwood   MO   403020505685 | The Home Depot  3002  05979384 | 01-30 | 01-30 | 58.88 |
| Debit Card Purchase - Pin<br>Saint Louis  MO   403118646501 | The Home Depot  3013  06202124 | 01-31 | 01-31 | 90.29 |
| Debit Card Purchase - Pin<br>St. Louis   MO   403200714457 | The Home Depot  3011  06201804 | 01-31 | 01-31 | 67.66 |

**Total ATM Withdrawals & Debits**                                                                                              **$7,888.59**

**Debit Card Purchases & Debits** Account # _____

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo* | 12-29 | 01-02 | 115.00 |
| Bus Debit Card Purchase<br>800-966-6546 AR | Walmart.Com 8009666546 | 12-29 | 01-02 | 121.09 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Tracy Smith | 12-29 | 01-02 | 150.00 |
| Bus Debit Card Purchase<br>San Francisco CA | Cash App*Jamarr Laney | 12-29 | 01-02 | 673.26 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo* | 12-29 | 01-02 | 810.87 |

**Debit Card Purchases & Debits**  Account # ▓▓▓▓▓▓▓  (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 12-29 | 01-02 | 1,240.00 |
| Bus Debit Card Purchase Saint Ann MO | Discount Tire Mos 03 | 12-29 | 01-02 | 1,425.39 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Tracy Smith | 12-29 | 01-02 | 1,589.32 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Charles McKee | 12-29 | 01-02 | 2,330.10 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Lolita Renee Fox | 12-29 | 01-02 | 4,194.18 |
| Bus Debit Card Purchase Amzn.Com/Bill WA | Amzn Mktp Us*J856o8j53 | 12-30 | 01-02 | 64.07 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Julius Butler | 12-30 | 01-02 | 70.00 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 12-30 | 01-02 | 115.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Lolita Renee Fox | 12-30 | 01-02 | 180.00 |
| Bus Debit Card Purchase 855-973-1040 CA | DD Doordash Whitecast | 12-31 | 01-02 | 37.81 |
| Bus Debit Card Purchase 855-973-1040 CA | DD Doordash Whitecast | 12-31 | 01-02 | 80.05 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-01 | 01-02 | 25.00 |
| Bus Debit Card Purchase 8007040154 TX | Propertyware Hq: Cn | 01-01 | 01-03 | 205.00 |
| Bus Debit Card Purchase Saint Louis MO | Chipotle 1941 | 01-02 | 01-03 | 23.77 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-02 | 01-03 | 25.00 |
| Bus Debit Card Purchase 402-935-7733 NY | Venmo *Bounceback Data R | 01-02 | 01-03 | 100.00 |
| Bus Debit Card Purchase 402-935-7733 NY | Venmo *Bounceback Data R | 01-02 | 01-03 | 350.00 |
| Bus Debit Card Purchase 866-576-5548 AZ | Republic Services Trash | 01-03 | 01-04 | 600.00 |
| Bus Debit Card Purchase Saint Louis MO | Bp#8797490Oliver & Compt | 01-04 | 01-05 | 5.86 |
| Bus Debit Card Purchase Bridgeton MO | Panda Express #2813 | 01-05 | 01-08 | 16.76 |
| Bus Debit Card Purchase Brentwood MO | Lion S Choice Hanley Roa | 01-05 | 01-08 | 48.14 |
| Bus Debit Card Purchase San Francisco CA | Cash App*Tracy Smith | 01-05 | 01-08 | 70.00 |
| Bus Debit Card Purchase St Louis MO | Sq *Southern | 01-06 | 01-08 | 74.03 |
| Bus Debit Card Purchase St. Louis MO | The Home Depot #3011 | 01-06 | 01-08 | 409.88 |
| Bus Debit Card Purchase Saint Louis MO | Sq *Midtown Stl - Pappy's | 01-07 | 01-08 | 6.73 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Tracy Smith | 01-07 | 01-08 | 175.00 |
| Bus Debit Card Purchase Maryland Heig MO | Walgreens #9481 | 01-08 | 01-09 | 5.00 |
| Debit Card Recurring Payment CI.Intuit.Com CA | Intuit *Qbooks Online | 01-08 | 01-09 | 30.00 |
| Bus Debit Card Purchase 402-935-7733 NY | Venmo *Bounceback Data R | 01-08 | 01-09 | 690.00 |

Commerce Bank
Member FDIC

McKee Investments LLC

**Primary Account Number:**
**Statement Date:** January 31, 2024
**Page Number:** 7 of 10

**Debit Card Purchases & Debits**  Account # 6_____  (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase St. Louis MO | Starbucks Store 62568 | 01-09 | 01-10 | 16.01 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-09 | 01-10 | 45.00 |
| Bus Debit Card Purchase 314-306-2000 MO | We Haul Dumpsters | 01-09 | 01-10 | 675.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Tracy Smith | 01-10 | 01-10 | 60.00 |
| Bus Debit Card Purchase Overland MO | The Home Depot #3037 | 01-09 | 01-11 | 1.00 |
| Bus Debit Card Purchase Saint Louis MO | Qt 665 | 01-09 | 01-11 | 7.89 |
| Bus Debit Card Purchase Saint Louis MO | Rallys Choteau LLC | 01-09 | 01-11 | 39.87 |
| Bus Debit Card Purchase Overland MO | The Home Depot #3037 | 01-09 | 01-11 | 145.04 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-11 | 01-11 | 45.00 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-11 | 01-12 | 10.00 |
| Bus Debit Card Purchase Saint Louis MO | Rally's 8165 | 01-11 | 01-12 | 20.15 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-11 | 01-12 | 65.00 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-12 | 01-12 | 30.00 |
| Bus Debit Card Purchase Saint Ann MO | Jack IN The Box 4076 | 01-11 | 01-16 | 20.05 |
| Bus Debit Card Purchase St Ann MO | Qt 635 | 01-12 | 01-16 | 9.76 |
| Bus Debit Card Purchase Saint Louis MO | Bp#8797490Oliver & Compt | 01-12 | 01-16 | 27.79 |
| Bus Debit Card Purchase 855-785-2777 CA | Hp *Instant Ink | 01-13 | 01-16 | 4.35 |
| Bus Debit Card Purchase St Louis MO | Sq *Midtown Stl - Pappy's | 01-13 | 01-16 | 25.39 |
| Bus Debit Card Purchase St Louis MO | Sq *Southern | 01-13 | 01-16 | 55.57 |
| Bus Debit Card Purchase St Louis MO | Tst* The Fountain On Locu | 01-13 | 01-16 | 90.00 |
| Bus Debit Card Purchase Maryland He MO | U-Haulbob S 66 | 01-13 | 01-16 | 195.73 |
| Debit Card Recurring Payment 425-6816830 WA | Microsoft*Microsoft 365 F | 01-14 | 01-16 | 9.99 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-14 | 01-16 | 45.00 |
| Bus Debit Card Purchase Brentwood MO | Lion S Choice Hanley Roa | 01-14 | 01-16 | 48.19 |
| Bus Debit Card Purchase 3143712773 MO | United Refrig Br #X9 | 01-18 | 01-19 | 19.82 |
| Bus Debit Card Purchase Saint Louis MO | Brauer Supply St Louis | 01-18 | 01-19 | 24.48 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-18 | 01-19 | 40.00 |

**Debit Card Purchases & Debits**  Account # ▓▓▓▓▓▓▓ (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase St Louis MO | Sq *Shake Shack | 01-18 | 01-19 | 56.88 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Charles McKee | 01-18 | 01-19 | 554.00 |
| Bus Debit Card Purchase VISA Direct NY | Venmo* | 01-18 | 01-19 | 596.89 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Georgia McKee | 01-18 | 01-19 | 650.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Tracy Smith | 01-18 | 01-19 | 1,351.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Lolita Renee Fox | 01-18 | 01-19 | 2,000.00 |
| Bus Debit Card Purchase Maryland Heig MO | Dorsett Vapor | 01-19 | 01-22 | 30.48 |
| Bus Debit Card Purchase Lake St Louis MO | Sherwin-Williams 703472 | 01-19 | 01-22 | 244.74 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Christopher Adam | 01-20 | 01-22 | 20.00 |
| Bus Debit Card Purchase Brentwood MO | McDonald's F23523 | 01-20 | 01-22 | 22.57 |
| Bus Debit Card Purchase Help.Uber.Com CA | Uber Trip | 01-20 | 01-22 | 25.21 |
| Bus Debit Card Purchase 314-645-5163 MO | United Refrig Br #71 | 01-20 | 01-22 | 27.21 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Tracy Smith | 01-20 | 01-22 | 120.00 |
| Debit Card Recurring Payment 800-331-0500 TX | Att* Bill Payment | 01-20 | 01-22 | 284.14 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Lolita Renee Fox | 01-20 | 01-22 | 1,000.00 |
| Bus Debit Card Purchase Saint Louis MO | Bp#8797490Oliver & Compt | 01-21 | 01-23 | 20.50 |
| Bus Debit Card Purchase St. Louis MO | Kfc J625278 | 01-23 | 01-24 | 13.33 |
| Bus Debit Card Purchase Saint Louis MO | Napa Store 3333012 | 01-23 | 01-24 | 36.16 |
| Bus Debit Card Purchase Saint Louis MO | Qt 658 | 01-23 | 01-25 | 9.34 |
| Debit Card Recurring Payment Max.Com NY | Help.Max.Com | 01-24 | 01-25 | 2.99 |
| Bus Debit Card Purchase Brentwood MO | McDonald's F23523 | 01-24 | 01-25 | 29.56 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Jamarr Laney | 01-25 | 01-25 | 10.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Christopher Adam | 01-25 | 01-25 | 22.00 |
| Bus Debit Card Purchase Saint Louis MO | City Plumbing Supply | 01-25 | 01-26 | 83.02 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Keisha McKee | 01-25 | 01-26 | 1,240.00 |
| Bus Debit Card Purchase St. Louis MO | Qdoba 2392 | 01-25 | 01-29 | 34.66 |
| Bus Debit Card Purchase Brentwood MO | Lion S Choice Hanley Roa | 01-26 | 01-29 | 11.27 |
| Bus Debit Card Purchase VISA Direct NY | Venmo *Christopher Ad | 01-26 | 01-29 | 35.00 |
| Bus Debit Card Purchase VISA Direct NY | Venmo *Brett Langer | 01-26 | 01-29 | 388.00 |

**Commerce Bank** Member FDIC

McKee Investments LLC

**Primary Account Number:**
**Statement Date:** January 31, 2024
**Page Number:** 9 of 10

**Debit Card Purchases & Debits** Account # ▮▮▮▮ (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase Saint Louis MO | Popeyes 12300 / 711 | 01-27 | 01-29 | 26.39 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Lamont Smith | 01-27 | 01-29 | 60.00 |
| Bus Debit Card Purchase 800-966-6546 AR | Wmt Plus Jan 2024 | 01-28 | 01-29 | 12.95 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Christopher Adam | 01-28 | 01-29 | 20.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Jamarr Laney | 01-28 | 01-29 | 40.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Tracy Smith | 01-29 | 01-29 | 20.00 |
| Bus Debit Card Purchase Maryland Heig MO | Starbucks Store 29445 | 01-28 | 01-30 | 14.88 |
| Bus Debit Card Purchase 866-576-5548 AZ | Republic Services Trash | 01-30 | 01-31 | 600.00 |

**Total Debit Card Purchases & Debits**  $27,545.56

**Withdrawals & Other Debits** Account # ▮▮▮▮

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| ACH Debit Mtg Pymts Rocket Mortgage 021000027774402 | 24003007327269 | 01-03 | 01-03 | 3,491.77 |
| ACH Debit Mobile Pmt Capital One 056073617133147 | 24016003099455 | 01-16 | 01-16 | 203.00 |
| ACH Debit Mobile Pmt Capital One 056073617153773 | 24016003099483 | 01-16 | 01-16 | 200.00 |
| Paid Item Od-NSF Charge | | 01-17 | 01-17 | 36.00 |
| Paid Item Od-NSF Charge | | 01-17 | 01-17 | 36.00 |
| Paid Item Od-NSF Charge | | 01-17 | 01-17 | 36.00 |
| ACH Debit Mobile Pmt Capital One 056073615032255 | 24022006528507 | 01-22 | 01-22 | 203.00 |
| ACH Debit Mobile Pmt Capital One 056073615056002 | 24022006528548 | 01-22 | 01-22 | 70.00 |
| Statement Fee | | 01-31 | 01-31 | 5.00 |
| Service Charge | | 01-31 | 01-31 | 9.00 |

**Total Withdrawals & Other Debits**  $4,289.77

**Page Number:** 10 of 10

**Checks Paid**  Account # ▇▇▇▇▇▇▇

| Date Paid | Check Number | Amount | Reference Number | Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|---|---|---|---|
| 01-03 | 73 | 900.00 | 650813592948 | 01-03 | 2070 | 5,960.00 | 540136351 |
| 01-25 | 73 | 5,000.00 | 650813014810 | 01-04 | 2073 | 2,100.00 | 540222087 |

**Total Checks Paid** $13,960.00

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO  64106-3686 or call us at 800-453-BANK.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will  be considered dormant and assessed a $8 monthly fee.  Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204