**Fill in this information to identify the case:**

Debtor Name Hudson & McKee Real Estate

United States Bankruptcy Court for the: Eastern District of Missouri

Case number: 23-43539

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 2/2024

Date report filed: 06/03/2024 (MM / DD / YYYY)

Line of business: Real Estate

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Hudson & McKee Real Estate

Original signature of responsible party /s/Raymond McKee

Printed name of responsible party Raymond McKee

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Hudson & McKee Real Estate Case number 23-43539

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 6,215.00

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 10,165.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 9,265.00

22. **Net cash flow** + $ 900

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 7,315.00

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 28860

*(Exhibit E)*

Debtor Name Hudson & McKee Real Estate Case number 23-43539

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0

27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0

30. How much have you paid this month in other professional fees? $ 0

31. How much have you paid in total other professional fees since filing the case? $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 10,000.00 | – | $ 10,165.00 | = | $ 165.00 |
| 33. **Cash disbursements** | $ 8,000.00 | – | $ 9,625.00 | = | $ -1,625.00 |
| 34. **Net cash flow** | $ 2,000.00 | – | $ 900 | = | $ |

35. Total projected cash receipts for the next month: $ 10,000.00

36. Total projected cash disbursements for the next month: - $ 10,000.00

37. Total projected net cash flow for the next month: = $ 0.00

## 8. Additional Information

**If available, check the box to the left and attach copies of the following documents.**

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Management Detail Report

Description: A detail of all income, expenses, management fees, owner draws and owner contributions over a specified period.

### Report Period

2/01/2024 - 2/29/2024

### Portfolio Balance as of 2/29/2024

### Mgmt Fees For Period

$1,016.50

### Held in Escrow

$7,115.00

## Income

| Type | Date | Name | Paid Amount |
|---|---|---|---|
| **Rent** | | | |
| Charge | 2/1/2024 | BRANTNER2:2826SHERIDAN | $800.00 |
| Charge | 2/1/2024 | BRANTNER2:2900SHERIDAN | $900.00 |
| Charge | 2/1/2024 | BRANTNER2:3127SHERIDAN | $750.00 |
| Charge | 2/1/2024 | BRANTNER:3127BRANTNER | $950.00 |
| Charge | 2/1/2024 | BRANTNER:3129BRANTNER | $950.00 |
| Charge | 2/1/2024 | BRANTNER:3135BRANTNER | $900.00 |
| Charge | 2/1/2021 | BRANTNER:3143BRANTNER | $900.00 |
| Charge | 2/1/2024 | BRANTNER:3143ABRANTNER | $1,025.00 |
| Charge | 2/1/2024 | BRANTNER:3147ABRANTNER | $1,100.00 |
| Charge | 2/1/2024 | BRANTNER:3149ABRANTNER | $900.00 |
| Total Rent | | | $9,175.00 |
| | | | |
| Charge | 2/1/2024 | BRANTNER:3143BRANTNER | $900.00 |
| | | | |
| Total Deposit | | | $900.00 |
| | | | |
| Charge | 2/1/2024 | BRANTNER:3143BRANTNER | $90.00 |
| Total Permits | | | $90.00 |
| **Total Income** | | | $10,165.00 |

## Expense

| | | | |
|---|---|---|---|
| Expense | 2/30/2024 | Ameren | $0.00 |
| Expense | 2/32/2024 | Spectrum | $320.00 |
| Expense | 2/30/2024 | Spire | $0.00 |
| Expense | 2/15/2024 | Trash - Allied Waste | $600.00 |
| Expense | 2/30/2024 | Trash - Allied Waste | $600.00 |
| Expense | 2/30/2024 | Dumpsters - We Haul | $1,050.00 |
| Expense | 2/30/2024 | Legal - Evictions | $1,200.00 |
| Expense | 2/30/2024 | Maintinance / Renovations -McKee Contracting | $25,000.00 |
| Expense | 2/30/2024 | Occupancy Permits | $90.00 |
| **Total Expense** | | | $28,860.00 |

Generated By: Raymond Mckee
Generated On: 3/31/2024
Run Date: 2/30/2024

## OCCUPANCY/EVICTION/MOVE OUTS

| | | |
|---|---|---|
| 3121 | Brantner | Renovating |
| 3121A | Brantner | Renovating |
| 3123 | Brantner | Pending Eviction |
| 3123A | Brantner | Pending Eviction |

| | | |
|---|---|---|
| 3125 | Brantner | Renovating |
| 3125A | Brantner | Renovating |
| 3127 | Brantner | Current |
| 3127A | Brantner | Pending Eviction |
| 3129 | Brantner | Current |
| 3131 | Brantner | Pending Eviction |
| 3133 | Brantner | Eviction Filed |
| 3135 | Brantner | Current |
| 3141 | Brantner | Vacant |
| 3141A | Brantner | Renovating |
| 3143 | Brantner | Current |
| 3143A | Brantner | Current |
| 3147 | Brantner | Pending Eviction |
| 3147A | Brantner | Late/Cancer |
| 3149 | Brantner | Current |
| 3149A | Brantner | Evicted |
| 2826 | Sheridan | Current |
| 2900 | Sheridan | Current |
| 2902 | Sheridan | Vacant |
| 3127 | Sheridan | Current |
| 3127F | Sheridan | Pending Eviction |





McKee Investments LLC
Operating Account
Operating Account
3155 Brantner Pl
Saint Louis MO 63106-1311

# Bank Statement

**Primary Account Number:** [redacted]

*If you have questions about your statement, please call us at 800-453-BANK.*

**Statement Date:** February 29, 2024
**Page Number:** 1 of 8

## FOR YOUR INFORMATION

It's Free! We know that being a small business owner is anything but small. We are here to help! With Small Business Online Banking, you can access your accounts on-the-go, sign up for paperless statements and account alerts, giving you more time to focus on your business. Sign up for Small Business Online Banking by visiting www.commercebank.com/ActivateSB.

**myBusiness Select Checking** Account # [redacted]

**Account Summary** Account # 670406080

| | |
|---|---|
| Beginning Balance on February 1, 2024 | $ 484.04 |
| Deposits & Other Credits | + 31,623.71 |
| ATM Withdrawals & Debits | - 2,735.51 |
| Debit Card Purchases & Debits | - 20,240.69 |
| Withdrawals & Other Debits | - 636.00 |
| Checks Paid | - 6,000.00 |
| Ending Balance on February 29, 2024 | **$ 2,495.55** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Service Charge Summary** Account # [redacted]

| | |
|---|---:|
| **Monthly Service Charge** | **$9.00** |
| **Transaction Counts** | |
| Debits | 3 |
| Credits | 18 |
| Deposited Items | 14 |
| **Total Transactions** | **35** |
| **Transaction Service Charge** | **$0.00** |
| **Cash Amount[1]** | |
| **Total Cash Amount** | **$4,448** |
| Free Cash Amount | $10,000 |
| **Billable Cash Amount** | **$0** |
| **Cash Service Charge** | **$0.00** |
| **Total Service Charge[2]** | **$9.00** |

**1 Refer to the Deposits and Other Credits section of the statement for exact cash deposit amounts.**

**2 Refer to the Small Business Fee Schedule for specific per transaction and cash deposit costs. You may receive charges on this statement for items not included in the above counts (statement fees, ATM fees, Online Banking fees, International ACH fees, etc.)**

**If you do not have sufficient funds in your account to cover the Total Service Charge, any outstanding fees will be deducted in the next billing cycle.**

**Daily Balance Summary** Account # [redacted]

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 02-01 | 345.80 | 02-14 | -37.09 | 02-23 | 12,194.19 |
| 02-02 | 8,052.48 | 02-15 | 0.34 | 02-26 | 1,648.47 |
| 02-05 | 408.48 | 02-20 | -454.89 | 02-27 | 1,404.15 |
| 02-06 | 95.78 | 02-21 | -785.13 | 02-28 | 590.54 |
| 02-09 | 111.08 | 02-22 | -821.13 | 02-29 | 2,495.55 |
| 02-12 | 273.87 | | | | |

**Deposits & Other Credits** Account # [redacted]

| Description | | Date Credited | Amount |
|---|---|---:|---:|
| ACH Deposit<br>Checking<br>042000012545760 Housing Author | 24032002742557 | 02-02 | 2,829.00 |
| ACH Deposit<br>Bank Entry Bmo Harris Bank<br>071000284727896 | 24033002787804 | 02-02 | 600.00 |
| Deposit<br>U89143 R111 B4741 D4164 Sq022<br>0111000022416400000 | 654741378813 | 02-02 | 1,550.00 |
| Deposit<br>U86582 R113 B0813 D1361 Sq107<br>0113000107136100000 | 650813747982 | 02-02 | 2,850.00 |
| Deposit<br>U88201 R114 B0836 D3664 Sq027<br>0114000027366400000 | 650836795664 | 02-06 | 3,535.00 |
| Deposit<br>U87839 R113 B0813 D1367 Sq066<br>0113000066136700000 | 650813748536 | 02-06 | 2,240.00 |
| Deposit<br>U87839 R113 B0813 D1367 Sq070<br>0113000070136700000 | 650813748544 | 02-06 | 50.00 |

McKee Investments LLC

**Primary Account Number:** [redacted]
**Statement Date:** February 29, 2024
**Page Number:** 3 of 8

**Deposits & Other Credits** Account # [redacted] (Cont.)

| Description | | Date Credited | Amount |
|---|---|---|---|
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 02-09 | 135.09 |
| Deposit U88201 R114 B0836 D3664 Sq104 0114000104366400000 | 650836669437 | 02-12 | 259.00 |
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 02-12 | 184.00 |
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 02-12 | 243.17 |
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 02-12 | 196.50 |
| Deposit U89196 R113 B0813 D1360 Sq053 0113000053136000000 | 650813597828 | 02-15 | 76.00 |
| Bus Debit Card Credit New York City NY | Venmo*Mckee Raymond | 02-20 | 491.25 |
| Bus Debit Card Credit New York City NY | Venmo*Mckee Raymond | 02-20 | 614.07 |
| Deposit U89196 R113 B0813 D1360 Sq051 0113000051136000000 | 650813598861 | 02-23 | 10,261.00 |
| Bus Debit Card Credit VISA Direct CA | Intuit Inc. | 02-23 | 3,159.63 |
| Deposit U68210 R111 B0843 D4364 Sq109 0111000109436400000 | 650843297111 | 02-29 | 2,350.00 |

**Total Deposits & Other Credits** **$31,623.71**

**ATM Withdrawals & Debits** Account # [redacted]

Transaction date is when the item was authorized by the merchant and the available balance in your account was reduced. The date paid is when the bank received the transaction to process.

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase - Pin Saint Louis MO 403218324460 | The Home Depot 3013 06202106 | 02-01 | 02-01 | 65.99 |
| Debit Card Purchase - Pin Saint Louis MO 403300516152 | Walgreens Store 1400 99999999 | 02-01 | 02-01 | 22.25 |
| Debit Card Purchase - Pin Brentwood MO 403323055261 | The Home Depot 3002 06200985 | 02-02 | 02-02 | 14.37 |
| Debit Card Purchase - Pin St Ann MO 403413705687 | Qt 635 Inside 001 | 02-03 | 02-05 | 46.82 |
| Debit Card Purchase - Pin Webster Grovemo 403464286855 | Bp 1742200Gasma 43642801 | 02-03 | 02-05 | 15.51 |
| Debit Card Purchase - Pin Brentwood MO 403423924537 | Micro Electronic 87 B 99999999 | 02-03 | 02-05 | 27.66 |
| Debit Card Purchase - Pin Bridgeton MO 403617742137 | The Home Depot 3003 06201143 | 02-05 | 02-05 | 177.65 |
| Debit Card Purchase - Pin Saint Louis MO 403620320942 | Ikea St Louis Restaur 09041839 | 02-05 | 02-05 | 3.84 |
| Debit Card Purchase - Pin Saint Louis MO 403621321809 | Ikea St Louis Restaur 09041839 | 02-05 | 02-05 | 4.34 |

**ATM Withdrawals & Debits** Account # [redacted] (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase - Pin<br>Maryland Heigmo 403700681257 | Qt 644 Inside 001 | 02-05 | 02-06 | 67.79 |
| Debit Card Purchase - Pin<br>O'Fallon 403982863316 | On The Run 635 27828601 | 02-08 | 02-09 | 59.73 |
| Debit Card Purchase - Pin<br>Wentzville MO 404018788369 | Qt 654 Outside 001 | 02-09 | 02-09 | 30.06 |
| Debit Card Purchase - Pin<br>O'Fallon 404182864333 | On The Run 635 27828601 | 02-10 | 02-12 | 51.21 |
| Debit Card Purchase - Pin<br>O'Fallon MO 404182864301 | On The Run 635 27828601 | 02-10 | 02-12 | 14.10 |
| Debit Card Purchase - Pin<br>O'Fallon MO 404182869833 | On The Run 635 27828601 | 02-10 | 02-12 | 7.34 |
| Debit Card Purchase - Pin<br>Saint Peters MO 404122651832 | The Home Depot 3009 06201592 | 02-10 | 02-12 | 57.48 |
| Debit Card Purchase - Pin<br>Bridgeton MO 404202612172 | Schnucks Bridget Schn 99999999 | 02-10 | 02-12 | 170.60 |
| Debit Card Purchase - Pin<br>Brentwood MO 404317137999 | The Home Depot 3002 06201035 | 02-12 | 02-12 | 98.37 |
| Debit Card Purchase - Pin<br>Florissant MO 404323978805 | The Home Depot 3034 06008417 | 02-12 | 02-12 | 141.68 |
| Debit Card Purchase - Pin<br>Florissant MO 021414434137 | Office MA 13923 N Hal 50673604 | 02-14 | 02-14 | 27.67 |
| Debit Card Purchase - Pin<br>Saint Louis MO 404987346235 | Bp 8797490Olive 38873401 | 02-18 | 02-20 | 11.28 |
| Debit Card Purchase - Pin<br>Brentwood MO 404922357113 | Micro Electronic 87 B 99999999 | 02-18 | 02-20 | 175.94 |
| Debit Card Purchase - Pin<br>Bridgeton MO 404923970345 | The Home Depot 3003 06201104 | 02-18 | 02-20 | 28.01 |
| Debit Card Purchase - Pin<br>O Fallon MO 404920713495 | Mpc 18 51146 | 02-18 | 02-20 | 8.35 |
| Debit Card Purchase - Pin<br>St Louis MO 405005900674 | Qt 614 Inside 001 | 02-19 | 02-20 | 50.52 |
| Debit Card Purchase - Pin<br>Brentwood MO 405416954366 | The Home Depot 3002 06200949 | 02-23 | 02-23 | 62.12 |
| Debit Card Purchase - Pin<br>Saint Louis MO 022341058154 | Harbor Freight Tools 04817224 | 02-23 | 02-23 | 243.19 |
| Debit Card Purchase - Pin<br>St. Louis MO 405501314843 | The Home Depot 3011 06201802 | 02-23 | 02-26 | 277.16 |
| Debit Card Purchase - Pin<br>St Louis MO 405502525006 | Qt 614 Inside 001 | 02-24 | 02-26 | 68.82 |
| Debit Card Purchase - Pin<br>Saint Louis MO 405514519842 | Qt 647 Inside 001 | 02-24 | 02-26 | 22.52 |
| Debit Card Purchase - Pin<br>Maplewood MO 405515641387 | Lowe's 1966 001 | 02-24 | 02-26 | 72.54 |
| Debit Card Purchase - Pin<br>Maplewood MO 405515304125 | Lowe's 1966 001 | 02-24 | 02-26 | 11.03 |
| Debit Card Purchase - Pin<br>Maplewood MO 405515793425 | Lowe's 1966 001 | 02-24 | 02-26 | 186.72 |
| Debit Card Purchase - Pin<br>Maplewood MO 405613341950 | Lowe's 1966 001 | 02-25 | 02-26 | 126.38 |
| Debit Card Purchase - Pin<br>Saint Louis MO 405620880509 | Qt 658 Inside 001 | 02-25 | 02-26 | 39.92 |
| Debit Card Purchase - Pin<br>Saint Louis MO 405817800150 | Mnrd Richmndhts 1700 99999999 | 02-27 | 02-27 | 215.99 |
| Debit Card Purchase - Pin<br>Brentwood MO 022879503701 | The Home Depot 3002 06200996 | 02-28 | 02-28 | 20.21 |

McKee Investments LLC

**Primary Account Number:** [redacted]
**Statement Date:** February 29, 2024


**ATM Withdrawals & Debits** Account # [redacted] (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase - Pin<br>Saint Louis MO 406018903628 | Walgreens Store 1400 99999999 | 02-29 | 02-29 | 10.35 |

**Total ATM Withdrawals & Debits** **$2,735.51**

**Debit Card Purchases & Debits** Account # [redacted]

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Tracy Smith | 02-01 | 02-01 | 50.00 |
| Bus Debit Card Purchase<br>Saint Louis MO | Rallys Choteau LLC | 01-31 | 02-02 | 16.44 |
| Bus Debit Card Purchase<br>St. Louis MO | Starbucks Store 62568 | 01-31 | 02-02 | 19.51 |
| Bus Debit Card Purchase<br>Saint Louis MO | Uncle Bills Pancakes - Ki | 02-01 | 02-02 | 72.00 |
| Bus Debit Card Purchase<br>8007040154 TX | Propertyware Hq: Cn | 02-01 | 02-05 | 205.00 |
| Bus Debit Card Purchase<br>St Louis MO | Sq *Midtown Stl - Pappy's | 02-02 | 02-05 | 28.74 |
| Bus Debit Card Purchase<br>636-2402000 MO | City of O Fallon Permits | 02-03 | 02-05 | 266.50 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Rob | 02-03 | 02-05 | 280.00 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Tracy Smith | 02-03 | 02-05 | 1,298.00 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Lolita Renee Fox | 02-03 | 02-05 | 1,994.00 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo *David Charles | 02-03 | 02-05 | 3,250.00 |
| Bus Debit Card Purchase<br>Maryland Heig MO | McDonald's F2216 | 02-04 | 02-05 | 45.94 |
| Bus Debit Card Purchase<br>Saint Peters MO | Qt 608 | 02-04 | 02-06 | 28.98 |
| Bus Debit Card Purchase<br>Overland MO | Captain D's 3810 | 02-05 | 02-06 | 18.93 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Tracy Smith | 02-06 | 02-06 | 22.00 |
| Debit Card Recurring Payment<br>Cl.Intuit.Com CA | Intuit *Qbooks Online | 02-08 | 02-09 | 30.00 |
| Bus Debit Card Purchase<br>Wentzville MO | Hardees 1505482 | 02-09 | 02-12 | 61.35 |
| Bus Debit Card Purchase<br>800-956-6310 IL | State Farm Insurance | 02-10 | 02-12 | 117.75 |
| Bus Debit Card Purchase<br>Maryland He MO | U-Haulbob S 66 | 02-12 | 02-14 | 278.94 |
| Bus Debit Card Purchase<br>855-785-2777 CA | Hp *Instant Ink | 02-13 | 02-14 | 4.35 |
| Debit Card Recurring Payment<br>425-6816830 WA | Microsoft*Microsoft 365 F | 02-14 | 02-15 | 9.99 |

**Debit Card Purchases & Debits** Account # [redacted] (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase<br>Saint Louis MO | French Gerleman - Counter | 02-14 | 02-15 | 28.58 |
| Bus Debit Card Purchase<br>Florissant MO | The Home Depot #3034 | 02-17 | 02-20 | 1.00 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Tracy Smith | 02-17 | 02-20 | 100.00 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Tracy Smith | 02-18 | 02-20 | 60.00 |
| Bus Debit Card Purchase<br>Saint Louis MO | Bp#8797490Oliver & Compt | 02-18 | 02-20 | 61.45 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Tracy Smith | 02-18 | 02-20 | 614.00 |
| Bus Debit Card Purchase<br>Saint Louis MO | Qt 676 | 02-19 | 02-21 | 10.10 |
| Debit Card Recurring Payment<br>800-331-0500 TX | Att* Bill Payment | 02-20 | 02-21 | 284.14 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Raymond McKee*Ad | 02-23 | 02-26 | 5.00 |
| Bus Debit Card Purchase<br>Saint Louis MO | Qt 671 | 02-23 | 02-26 | 9.63 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Jamarr Laney | 02-23 | 02-26 | 440.39 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo *David Charles | 02-23 | 02-26 | 650.00 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo *Keisha McKee | 02-23 | 02-26 | 1,240.00 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Tracy Smith | 02-23 | 02-26 | 1,491.26 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Charles McKee | 02-23 | 02-26 | 1,739.81 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Lolita Renee Fox | 02-23 | 02-26 | 3,961.17 |
| Debit Card Recurring Payment<br>Max.Com NY | Help.Max.Com | 02-24 | 02-26 | 2.99 |
| Bus Debit Card Purchase<br>Saint Louis MO | Popeyes 12300 / 711 | 02-24 | 02-26 | 35.38 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo *Christopher Ad | 02-24 | 02-26 | 45.00 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo *Christopher Ad | 02-24 | 02-26 | 55.00 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo *Christopher Ad | 02-25 | 02-26 | 15.00 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo *Christopher Ad | 02-26 | 02-26 | 50.00 |
| Bus Debit Card Purchase<br>Saint Peters MO | Qt 608 | 02-25 | 02-27 | 2.82 |
| Bus Debit Card Purchase<br>Saint Peters MO | Qt 608 | 02-25 | 02-27 | 25.51 |
| Bus Debit Card Purchase<br>St Louis MO | Sherwin Williams 708473 | 02-26 | 02-28 | 162.56 |
| Bus Debit Card Purchase<br>800-331-0500 TX | AT&T COR Df | 02-27 | 02-28 | 30.84 |
| Bus Debit Card Purchase<br>866-576-5548 AZ | Republic Services Trash | 02-27 | 02-28 | 600.00 |
| Debit Card Recurring Payment<br>800-966-6546 AR | Wmt Plus Feb 2024 | 02-28 | 02-29 | 12.95 |
| Bus Debit Card Purchase<br>VISA Direct NY | Venmo *Christopher Ad | 02-28 | 02-29 | 45.00 |

McKee Investments LLC

**Primary Account Number:** [redacted]
**Statement Date:** February 29, 2024
**Page Number:** 7 of 8

**Debit Card Purchases & Debits** Account # [redacted] (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Recurring Payment 855-707-7328 MO | Spectrum | 02-28 | 02-29 | 362.69 |

**Total Debit Card Purchases & Debits** **$20,240.69**

**Withdrawals & Other Debits** Account # [redacted]

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| ACH Debit Mobile Pmt Capital One 056073616647127 | 24051001134428 | 02-20 | 02-20 | 450.00 |
| Paid Item Od-NSF Charge | | 02-21 | 02-21 | 36.00 |
| Paid Item Od-NSF Charge | | 02-22 | 02-22 | 36.00 |
| Online Banking Transfer to DDA 1708700182231 C | 2/23/2024 8:56:22 AM | 02-23 | 02-23 | 100.00 |
| Statement Fee | | 02-29 | 02-29 | 5.00 |
| Service Charge | | 02-29 | 02-29 | 9.00 |

**Total Withdrawals & Other Debits** **$636.00**

**Checks Paid** Account # [redacted]

| Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|
| 02-06 | 73 | 6,000.00 | 650813748545 |

**Total Checks Paid** **$6,000.00**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204