**Fill in this information to identify the case:**

Debtor Name: Hudson & McKee Real Estate

United States Bankruptcy Court for the: Eastern District of Missouri

Case number: 23-43539

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 3/2024

Date report filed: 06/03/2024
MM / DD / YYYY

Line of business: Real Estate

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Hudson & McKee Real Estate

Original signature of responsible party: /s/ Raymond McKee

Printed name of responsible party: Raymond McKee

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Hudson & McKee Real Estate                Case number 23-43539

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 7,315.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 10,075.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   – $ 10,075.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 0.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 7315

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 46,622.16

    *(Exhibit E)*

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page **2**

Debtor Name  Hudson & McKee Real Estate                     Case number 23-43539

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             _____ 0
27. What is the number of employees as of the date of this monthly report?                _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0
30. How much have you paid this month in other professional fees?                                  $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                 $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | *Column B* **Actual** Copy lines 20-22 of this report. | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ 10000 | − $ 10,075.00 | = $ 75.00 |
| 33. **Cash disbursements** | $ 10,000.00 | − $ 10,075.00 | = $ -75.00 |
| 34. **Net cash flow** | $ 0.00 | − $ 0.00 | = $ |

35. Total projected cash receipts for the next month:                     $ 10000.00
36. Total projected cash disbursements for the next month:              − $ 10000
37. Total projected net cash flow for the next month:                   = $ 0

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page **3**

Debtor Name  Hudson & McKee Real Estate            Case number 23-43539

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

## Management Detail Report

Description: A detail of all income, expenses, management fees, owner draws and owner contributions over a specified period.

### Report Period
3/01/2024 - 3/31/2024

### Portfolio Balance as of 3/31/2024

### Mgmt Fees For Period
$1,075.00

### Held in Escrow
$7,115.00

## Income

| Type | Date | Name | Paid Amount |
|---|---|---|---|
| **Rent** | | | |
| Charge | 3/1/2024 | BRANTNER2:2826SHERIDAN | $800.00 |
| Charge | 3/1/2024 | BRANTNER2:2900SHERIDAN | $900.00 |
| Charge | 3/1/2024 | BRANTNER2:3127SHERIDAN | $750.00 |
| Charge | 3/1/2024 | BRANTNER:3127BRANTNER | $950.00 |
| Charge | 3/1/2024 | BRANTNER:3129BRANTNER | $950.00 |
| Charge | 3/1/2024 | BRANTNER:3135BRANTNER | $900.00 |
| Charge | 3/1/2024 | BRANTNER:3141ABRANTNER | $900.00 |
| Charge | 3/1/2024 | BRANTNER:3143BRANTNER | $900.00 |
| Charge | 3/1/2024 | BRANTNER:3143ABRANTNER | $1,025.00 |
| Charge | 3/1/2024 | BRANTNER:3147ABRANTNER | $1,100.00 |
| Charge | 3/1/2024 | BRANTNER:3149ABRANTNER | $900.00 |
| Total Rent | | | $10,075.00 |
| | | | |
| Total Deposit | | | $0.00 |
| | | | |
| Total Permits | | | $0.00 |
| **Total Income** | | | **$10,075.00** |

## Expense

| Type | Date | Name | Paid Amount |
|---|---|---|---|
| Expense | 3/31/2024 | Ameren | $0.00 |
| Expense | 3/31/2024 | Spectrum | $320.00 |
| Expense | 3/31/2024 | Spire | $0.00 |
| Expense | 3/15/2024 | Trash - Allied Waste | $600.00 |
| Expense | 3/31/2024 | Trash - Allied Waste | $600.00 |
| Expense | 3/31/2024 | Dumpsters - We Haul | $1,050.00 |
| Expense | 3/31/2024 | Legal - Evictions | $300.00 |
| Expense | 3/31/2024 | Maintinance / Renovations -McKee Contracting | $25,000.00 |
| Expense | 3/31/2024 | Occupancy Permits | $90.00 |
| Expense | 3/31/2025 | Insurance | $15,662.16 |
| **Total Expense** | | | **$43,622.16** |

Generated By:   Raymond Mckee
Generated On:   4/31/2024
Run Date:       3/31/2024

## OCCUPANCY/EVICTION/MOVE OUTS

| | | |
|---|---|---|
| 3121  Brantner | | Renovating |
| 3121A Brantner | | Renovating |

| Unit | Street | Status |
|---|---|---|
| 3123 | Brantner | Pending Eviction |
| 3123A | Brantner | Pending Eviction |
| 3125 | Brantner | Renovating |
| 3125A | Brantner | Renovating |
| 3127 | Brantner | Current |
| 3127A | Brantner | Pending Eviction |
| 3129 | Brantner | Current |
| 3131 | Brantner | Pending Eviction |
| 3133 | Brantner | Evicted |
| 3135 | Brantner | Current |
| 3141 | Brantner | Vacant |
| 3141A | Brantner | Current |
| 3143 | Brantner | Current |
| 3143A | Brantner | Current |
| 3147 | Brantner | Pending Eviction |
| 3147A | Brantner | Late/Cancer |
| 3149 | Brantner | Current |
| 3149A | Brantner | Pending Eviction |
| 2826 | Sheridan | Current |
| 2900 | Sheridan | Current |
| 2902 | Sheridan | Vacant |
| 3127 | Sheridan | Current |
| 3127F | Sheridan | Pending Eviction |



McKee Investments LLC
Hudson and McKee Deposit Account
3155 Brantner Pl
Saint Louis MO 63106-1311

# Bank Statement

| | |
|---|---|
| **Primary Account Number:** | |
| **Statement Date:** | March 31, 2024 |
| **Page Number:** | 1 of 3 |

*If you have questions about your statement, please call us at 800-453-BANK.*

## FOR YOUR INFORMATION

Just do it! Switch to paperless banking statements to save $5. These provide the same information as your traditional paper statements with the option of printing, saving, and viewing historical documents. Sign up for **FREE** paperless statements by logging in to Small Business Online Banking and navigating to Account Management under Customer Service.

**myBusiness Checking** Account #

**Account Summary** Account #

| | |
|---|---:|
| Beginning Balance on March 1, 2024 | $ -41.00 |
| Deposits & Other Credits | + 15,745.00 |
| Withdrawals & Other Debits | - 15,687.16 |
| Ending Balance on March 31, 2024 | $ 16.84 |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Page Number:** 2 of 3

### Service Charge Summary   Account # ▮▮▮▮▮▮▮▮

| | |
|---|---|
| **Monthly Service Charge** | **$5.00** |
| **Transaction Counts** | |
| Debits | 1 |
| Credits | 2 |
| Deposited Items | 0 |
| **Total Transactions** | 3 |
| **Transaction Service Charge** | **$0.00** |
| **Cash Amount**[1] | |
| **Total Cash Amount** | **$0** |
| Free Cash Amount | $5,000 |
| **Billable Cash Amount** | **$0** |
| **Cash Service Charge** | **$0.00** |
| **Total Service Charge**[2] | **$5.00** |

1  Refer to the Deposits and Other Credits section of the statement for exact cash deposit amounts.
2  Refer to the Small Business Fee Schedule for specific per transaction and cash deposit costs.  You may receive charges on this statement for items not included in the above counts (statement fees, ATM fees, Online Banking fees, International ACH fees, etc.)
    If you do not have sufficient funds in your account to cover the Total Service Charge, any outstanding fees will be deducted in the next billing cycle.

### Daily Balance Summary   Account # ▮▮▮▮▮▮▮▮

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03-08 | 0.00 | 03-21 | 26.84 | 03-29 | 16.84 |
| 03-20 | 15,689.00 | | | | |

### Deposits & Other Credits   Account # ▮▮▮▮▮▮▮▮

| Description | | Date Credited | Amount |
|---|---|---|---|
| Online Bnkg Transfer From DDA 1709936790148       C | 3/8/2024 4:26:30 PM | 03-08 | 45.00 |
| Online Bnkg Transfer From DDA 1710965550783       C | 3/20/2024 3:12:30 PM | 03-20 | 15,700.00 |

**Total Deposits & Other Credits**                                                                                                                               **$15,745.00**

### Withdrawals & Other Debits   Account # ▮▮▮▮▮▮▮▮

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Partial Pymt or Prev Serv Chrg | | 03-08 | 03-08 | 4.00 |
| Partial Pymt or Prev Serv Chrg | | 03-20 | 03-20 | 1.00 |
| Partial Pymt or Prev Serv Chrg | | 03-20 | 03-20 | 5.00 |
| Partial Pymt or Prev Serv Chrg | | 03-20 | 03-20 | 5.00 |
| ACH Debit                            Payments   Au9ev3n3 021000029722745 State Fadgryzk | 24080008100119 | 03-21 | 03-21 | 15,662.16 |
| Statement Fee | | 03-31 | 03-29 | 5.00 |
| Service Charge | | 03-31 | 03-29 | 5.00 |

**Total Withdrawals & Other Debits**                                                                                                                             **$15,687.16**

McKee Investments LLC

**Primary Account Number:**
**Statement Date:** March 31, 2024
**Page Number:** 3 of 3

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1)  Tell us your name and account number.
2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204