**Fill in this information to identify the case:**

Debtor Name: Hudson & McKee Real Estate

United States Bankruptcy Court for the: Eastern District of Missouri

Case number: 23-43539

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: 4/2024

Date report filed: 06/03/2024
MM / DD / YYYY

Line of business: Real Estate

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Hudson & McKee Real Estate

Original signature of responsible party: /s/ Raymond McKee

Printed name of responsible party: Raymond McKee

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name __Hudson & McKee Real Estate__   Case number __23-43539__

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __7315__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ __10075__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ __10075__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __0__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ __7315__

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ __36,077.63__

    *(Exhibit E)*

Debtor Name  Hudson & McKee Real Estate    Case number 23-43539

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____0
27. What is the number of employees as of the date of this monthly report?    _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0
30. How much have you paid this month in other professional fees?    $ _____0
31. How much have you paid in total other professional fees since filing the case?    $ _____0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 10000 | − | $ 10075 | = | $ 75 |
| 33. **Cash disbursements** | $ 10000 | − | $ 10075 | = | $ -75 |
| 34. **Net cash flow** | $ 0 | − | $ 0 | = | $ |

35. Total projected cash receipts for the next month:    $ 10000.00
36. Total projected cash disbursements for the next month:    − $ 10000
37. Total projected net cash flow for the next month:    = $ 0

Official Form 425C    **Monthly Operating Report for Small Business Under Chapter 11**    page **3**

Debtor Name  Hudson & McKee Real Estate            Case number 23-43539

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

## Management Detail Report

Description: A detail of all income, expenses, management fees, owner draws and owner contributions over a specified period.

### Report Period
4/01/2024 - 4/30/2024

### Portfolio Balance as of 4/30/2024

### Mgmt Fees For Period
$1,075.00

### Held in Escrow
$7,115.00

## Income

| Type | Date | Name | Paid Amount |
|---|---|---|---|
| **Rent** | | | |
| Charge | 4/1/2024 | BRANTNER2:2826SHERIDAN | $800.00 |
| Charge | 4/1/2024 | BRANTNER2:2900SHERIDAN | $900.00 |
| Charge | 4/1/2024 | BRANTNER2:3127SHERIDAN | $750.00 |
| Charge | 4/1/2024 | BRANTNER:3127BRANTNER | $950.00 |
| Charge | 4/1/2024 | BRANTNER:3129BRANTNER | $950.00 |
| Charge | 4/1/2024 | BRANTNER:3135BRANTNER | $900.00 |
| Charge | 4/1/2024 | BRANTNER:3141ABRANTNER | $900.00 |
| Charge | 4/1/2024 | BRANTNER:3143BRANTNER | $900.00 |
| Charge | 4/1/2024 | BRANTNER:3143ABRANTNER | $1,025.00 |
| Charge | 4/1/2024 | BRANTNER:3147ABRANTNER | $1,100.00 |
| Charge | 4/1/2024 | BRANTNER:3149ABRANTNER | $900.00 |
| Total Rent | | | $10,075.00 |
| Total Deposit | | | $0.00 |
| Total Permits | | | $0.00 |
| **Total Income** | | | **$10,075.00** |

## Expense

| Type | Date | Name | Paid Amount |
|---|---|---|---|
| Expense | 4/30/2024 | Ameren | $4,288.40 |
| Expense | 4/30/2024 | Spectrum | $320.00 |
| Expense | 4/30/2024 | Spire | $0.00 |
| Expense | 4/15/2024 | Trash - Allied Waste | $750.00 |
| Expense | 4/30/2024 | Trash - Allied Waste | $750.00 |
| Expense | 4/30/2024 | Dumpsters - We Haul | $1,050.00 |
| Expense | 4/30/2024 | Legal - Evictions | $0.00 |
| Expense | 4/30/2024 | Maintinance / Renovations -McKee Contracting | $25,000.00 |
| Expense | 4/30/2024 | Occupancy Permits | $0.00 |
| Expense | 4/30/2024 | Insurance | $3,919.23 |
| **Total Expense** | | | **$36,077.63** |

| | |
|---|---|
| Generated By: | Raymond Mckee |
| Generated On: | 4/31/2024 |
| Run Date: | 3/31/2024 |

## OCCUPANCY/EVICTION/MOVE OUTS

| | | |
|---|---|---|
| 3121 | Brantner | Renovating |
| 3121A | Brantner | Active |

| Unit | Street | Status |
|---|---|---|
| 3123 | Brantner | Pending Eviction |
| 3123A | Brantner | Pending Eviction |
| 3125 | Brantner | Active |
| 3125A | Brantner | Renovating |
| 3127 | Brantner | Current |
| 3127A | Brantner | Pending Eviction |
| 3129 | Brantner | Current |
| 3131 | Brantner | Pending Eviction |
| 3133 | Brantner | Vacant |
| 3135 | Brantner | Current |
| 3141 | Brantner | Vacant |
| 3141A | Brantner | Current |
| 3143 | Brantner | Current |
| 3143A | Brantner | Current |
| 3147 | Brantner | Pending Eviction |
| 3147A | Brantner | Late/Cancer |
| 3149 | Brantner | Current |
| 3149A | Brantner | Pending Eviction |
| 2826 | Sheridan | Current |
| 2900 | Sheridan | Current |
| 2902 | Sheridan | Vacant |
| 3127 | Sheridan | Current |
| 3127F | Sheridan | Pending Eviction |



McKee Investments LLC
Hudson and McKee Deposit Account
3155 Brantner Pl
Saint Louis MO 63106-1311

# Bank Statement

*If you have questions about your statement, please call us at 800-453-BANK.*

**Primary Account Number:**

**Statement Date:** April 30, 2024
**Page Number:** 1 of 2

## FOR YOUR INFORMATION

You should be able to bank wherever your business takes you. Our Commerce Bank mobile app allows you to view account balances and make deposits from your mobile devices from virtually anywhere. Download our mobile app by searching for "Commerce Bank" in your device's mobile app store.

**myBusiness Checking  Account # 4**

**Account Summary  Account #**

| | |
|---|---|
| Beginning Balance on April 1, 2024 | $ 16.84 |
| Withdrawals & Other Debits | - 10.00 |
| Ending Balance on April 30, 2024 | $ 6.84 |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Service Charge Summary** Account # ▮▮▮▮▮▮▮

| | |
|---|---:|
| **Monthly Service Charge** | **$5.00** |
| **Transaction Counts** | |
|     Debits | 0 |
|     Credits | 0 |
|     Deposited Items | 0 |
|     **Total Transactions** | **0** |
|     **Transaction Service Charge** | **$0.00** |
| **Cash Amount**[1] | |
|     **Total Cash Amount** | **$0** |
|     Free Cash Amount | $5,000 |
|     **Billable Cash Amount** | **$0** |
|     **Cash Service Charge** | **$0.00** |
| **Total Service Charge**[2] | **$5.00** |

1 Refer to the Deposits and Other Credits section of the statement for exact cash deposit amounts.
2 Refer to the Small Business Fee Schedule for specific per transaction and cash deposit costs.  You may receive charges on this statement for items not included in the above counts (statement fees, ATM fees, Online Banking fees, International ACH fees, etc.)
  If you do not have sufficient funds in your account to cover the Total Service Charge, any outstanding fees will be deducted in the next billing cycle.

**Daily Balance Summary** Account # ▮▮▮▮▮▮▮

| Date | Balance |
|---|---:|
| 04-30 | 6.84 |

**Withdrawals & Other Debits** Account # ▮▮▮▮▮▮▮

| Description | Tran Date | Date Paid | Amount |
|---|---|---|---:|
| Statement Fee | 04-30 | 04-30 | 5.00 |
| Service Charge | 04-30 | 04-30 | 5.00 |
| **Total Withdrawals & Other Debits** | | | **$10.00** |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO  64106-3686 or call us at 800-453-BANK.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1)    Tell us your name and account number.
2)    Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is
    an error or why you need more information.
3)    Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will  be considered dormant and assessed a $8 monthly fee.  Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204



339

McKee Investments LLC
Operating Account
Operating Account
3155 Brantner Pl
Saint Louis MO 63106-1311

# Bank Statement

*If you have questions about your statement, please call us at 800-453-BANK.*

**Primary Account Number:**

**Statement Date:** April 30, 2024
**Page Number:** 1 of 6

## FOR YOUR INFORMATION

You should be able to bank wherever your business takes you. Our Commerce Bank mobile app allows you to view account balances and make deposits from your mobile devices from virtually anywhere. Download our mobile app by searching for "Commerce Bank" in your device's mobile app store.

**myBusiness Select Checking** Account #

**Account Summary** Account # 6

| | |
|---|---:|
| Beginning Balance on April 1, 2024 | $ 412.77 |
| Deposits & Other Credits | + 20,579.42 |
| ATM Withdrawals & Debits | - 4,463.29 |
| Debit Card Purchases & Debits | - 12,043.52 |
| Withdrawals & Other Debits | - 8,786.00 |
| Checks Paid | - 4,000.00 |
| **Ending Balance on April 30, 2024** | **$ -8,300.62** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Service Charge Summary**   Account # ▮▮▮▮▮▮▮▮

| | |
|---|---:|
| **Monthly Service Charge** | **$9.00** |
| **Transaction Counts** | |
|    Debits | 1 |
|    Credits | 10 |
|    Deposited Items | 8 |
|    **Total Transactions** | **19** |
|    **Transaction Service Charge** | **$0.00** |
| **Cash Amount**[1] | |
|    **Total Cash Amount** | **$4,486** |
|    Free Cash Amount | $10,000 |
|    **Billable Cash Amount** | **$0** |
|    **Cash Service Charge** | **$0.00** |
| **Total Service Charge**[2] | **$9.00** |

1 Refer to the Deposits and Other Credits section of the statement for exact cash deposit amounts.
2 Refer to the Small Business Fee Schedule for specific per transaction and cash deposit costs.  You may receive charges on this statement for items not
  included in the above counts (statement fees, ATM fees, Online Banking fees, International ACH fees, etc.)
  If you do not have sufficient funds in your account to cover the Total Service Charge, any outstanding fees will be deducted in the next billing cycle.

**Daily Balance Summary**   Account # ▮▮▮▮▮▮▮▮

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 04-01 | -337.72 | 04-05 | 7,585.70 | 04-10 | -8,573.18 |
| 04-02 | 2,176.45 | 04-08 | 2,174.24 | 04-15 | -8,264.62 |
| 04-03 | 3,519.14 | 04-09 | -297.12 | 04-16 | -8,300.62 |
| 04-04 | 3,170.40 | | | | |

**Deposits & Other Credits**   Account # ▮▮▮▮▮▮▮▮

| Description | | Date Credited | Amount |
|---|---|---:|---:|
| Bus Debit Card Credit<br>San Francisco CA | Cash App*Raymond McKee*Ca | 04-01 | 225.98 |
| ACH Deposit<br>Checking<br>042000018838816 Housing Author | 24092004162427 | 04-02 | 1,672.00 |
| ACH Deposit<br>Bank Entry Bmo Harris Bank<br>071000287192427 | 24092004194339 | 04-02 | 600.00 |
| Bus Debit Card Credit<br>New York City NY | Venmo*Mckee Raymond | 04-02 | 393.00 |
| Deposit<br>U83422 R114 B0854 D5461 Sq158<br>0114000158546100000 | 650854537405 | 04-03 | 2,150.00 |
| Deposit<br>U87159 R113 B0813 D1363 Sq116<br>0113000116136300000 | 650813760249 | 04-05 | 4,986.50 |
| Deposit<br>U87828 R113 B0813 D1365 Sq020<br>0113000020136500000 | 650813760448 | 04-08 | 8,750.00 |
| Deposit<br>U88003 R111 B2093 D9361 Sq035<br>0111000035936100000 | 652093257617 | 04-08 | 900.00 |

**Commerce Bank**
Member FDIC

| | | |
|---|---|---|
| McKee Investments LLC | **Primary Account Number:** | |
| | **Statement Date:** | April 30, 2024 |
| | **Page Number:** | 3 of 6 |

### Deposits & Other Credits   Account #            (Cont.)

| Description | | Date Credited | Amount |
|---|---|---|---|
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 04-10 | 508.94 |
| Bus Debit Card Credit San Francisco CA | Cash App*Raymond McKee*Ca | 04-15 | 393.00 |

**Total Deposits & Other Credits**                                                                 **$20,579.42**

### ATM Withdrawals & Debits   Account #

Transaction date is when the item was authorized by the merchant and the available balance in your account was reduced. The date paid is when the bank received the transaction to process.

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase - Pin Bridgeton   MO   409002449800 | Schnucks Bridget Schn 99999999 | 03-29 | 04-01 | 76.61 |
| Debit Card Purchase - Pin St. Ann   MO   409015638639 | Mnrd St. Ann 11140 St 99999999 | 03-30 | 04-01 | 36.87 |
| Debit Card Purchase - Pin Brentwood   MO   409016154284 | The Home Depot 3002 06200996 | 03-30 | 04-01 | 66.40 |
| Debit Card Purchase - Pin Saint Louis  MO   409012551661 | Qt 647 Inside           001 | 03-30 | 04-01 | 42.50 |
| Debit Card Purchase - Pin Brentwood   MO   409017190301 | The Home Depot 3002 06200996 | 03-30 | 04-01 | 66.41 |
| Debit Card Purchase - Pin Saint Louis  MO   033076041854 | Hoods Natural Bridge 08205703 | 03-30 | 04-01 | 140.76 |
| Debit Card Purchase - Pin Lake St Louismo   409015565677 | Lowe's 2311           001 | 03-30 | 04-01 | 13.00 |
| Debit Card Purchase - Pin O Fallon   MO   409016713332 | Mpc 18           51146 | 03-30 | 04-01 | 9.03 |
| Debit Card Purchase - Pin O Fallon   MO   409016712093 | Mpc 18           51146 | 03-30 | 04-01 | 49.80 |
| Debit Card Purchase - Pin Saint Louis  MO   040107041923 | Hoods Natural Bridge 08205703 | 04-01 | 04-01 | 359.71 |
| Debit Card Purchase - Pin Brentwood   MO   409319422218 | The Home Depot 3002 06200996 | 04-02 | 04-02 | 46.40 |
| Debit Card Purchase - Pin Saint Louis  MO   409315928242 | Qt 647 Outside         001 | 04-02 | 04-02 | 83.64 |
| Debit Card Purchase - Pin Saint Louis  MO   409319853967 | Qt 601 Inside           001 | 04-02 | 04-02 | 20.79 |
| Debit Card Purchase - Pin Saint Louis  MO   409322640180 | Qt 671 Inside           001 | 04-02 | 04-03 | 27.52 |
| Debit Card Purchase - Pin Brentwood   MO   409419015164 | The Home Depot 3002 06200995 | 04-03 | 04-03 | 30.00 |
| Debit Card Purchase - Pin Brentwood   MO   409422513543 | Absolute Beauty 120   93348612 | 04-03 | 04-03 | 86.90 |
| Debit Card Purchase - Pin St Ann   MO   409423848591 | Qt 635 Inside           001 | 04-03 | 04-04 | 30.28 |
| Debit Card Purchase - Pin Saint Louis  MO   409520164143 | Mnrd Richmndhts 1700 99999999 | 04-04 | 04-04 | 53.82 |
| Debit Card Purchase - Pin Saint Louis  MO   409614712076 | Qt 637 Outside         001 | 04-05 | 04-05 | 50.06 |
| Debit Card Purchase - Pin Saint Louis  MO   409620055266 | Mnrd Richmndhts 1700 99999999 | 04-05 | 04-05 | 177.30 |

**ATM Withdrawals & Debits**  Account # ▓▓▓▓▓▓  (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase - Pin<br>St Louis   MO   409710589745 | Qt 614 Inside         001 | 04-06 | 04-08 | 65.66 |
| Debit Card Purchase - Pin<br>Overland   MO   000000685366 | 7 Eleven           00Mns330 | 04-06 | 04-08 | 87.22 |
| Debit Card Purchase - Pin<br>Bridgeton   MO   040771017187 | Sherwin Williams 7034 09159608 | 04-07 | 04-08 | 144.78 |
| Debit Card Purchase - Pin<br>St. Ann   MO   409818041959 | Mnrd St. Ann 11140 St 99999999 | 04-07 | 04-08 | 82.83 |
| Debit Card Purchase - Pin<br>Maplewood   MO   409817538549 | Lowe's  1966         001 | 04-07 | 04-08 | 115.96 |
| Debit Card Purchase - Pin<br>O'Fallon   MO   409882869223 | On The Run  635     27828601 | 04-07 | 04-08 | 15.35 |
| Debit Card Purchase - Pin<br>St Ann   MO   409913620417 | Qt 635 Outside        001 | 04-08 | 04-08 | 87.33 |
| Debit Card Purchase - Pin<br>St Peters   MO   410002637101 | Burlington Stores 103 01836995 | 04-08 | 04-09 | 270.44 |
| Debit Card Purchase - Pin<br>Bridgeton   MO   410016467319 | The Home Depot  3003  06201143 | 04-09 | 04-09 | 403.45 |
| Debit Card Purchase - Pin<br>Saint Louis  MO   040918042428 | Hoods Natural Bridge  08205703 | 04-09 | 04-09 | 1,253.50 |
| Debit Card Purchase - Pin<br>Saint Louis  MO   040978042435 | Hoods Natural Bridge  08205703 | 04-09 | 04-09 | 396.67 |
| Debit Card Purchase - Pin<br>Saint Louis  MO   410017611084 | Qt 658 Inside         001 | 04-09 | 04-09 | 41.17 |
| Debit Card Purchase - Pin<br>O Fallon   MO   410019705314 | Mpc 18          51146 | 04-09 | 04-09 | 31.13 |

**Total ATM Withdrawals & Debits**                                             $4,463.29

**Debit Card Purchases & Debits**  Account # ▓▓▓▓▓▓

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase<br>Saint Louis MO | Qt 647 | 03-28 | 04-01 | 5.61 |
| Debit Card Recurring Payment<br>866-712-7753 CA | Apple.Com/Bill | 03-29 | 04-01 | 11.99 |
| Debit Card Recurring Payment<br>800-966-6546 AR | Wmt Plus Mar 2024 | 03-29 | 04-01 | 12.95 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Christopher Adam | 03-29 | 04-01 | 45.00 |
| Bus Debit Card Purchase<br>Lake Saint Lo MO | Wendy's 705 | 03-30 | 04-01 | 39.83 |
| Debit Card Recurring Payment<br>855-707-7328 MO | Spectrum | 04-02 | 04-03 | 362.89 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Christopher Adam | 04-03 | 04-03 | 50.00 |
| Bus Debit Card Purchase<br>800-9691940 CA | Cash App*Ricky Ferris | 04-03 | 04-03 | 250.00 |
| Bus Debit Card Purchase<br>Saint Louis MO | Qt 647 | 04-02 | 04-04 | 14.65 |
| Debit Card Recurring Payment<br>866-712-7753 CA | Apple.Com/Bill | 04-03 | 04-04 | 4.99 |
| Bus Debit Card Purchase<br>San Francisco CA | Cash App*Christopher Adam | 04-04 | 04-04 | 45.00 |

**Commerce Bank**
Member FDIC

| | | | |
|---|---|---|---|
| McKee Investments LLC | **Primary Account Number:** | | |
| | **Statement Date:** | | April 30, 2024 |
| | **Page Number:** | | 5 of 6 |

### Debit Card Purchases & Debits  Account # _____ (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Georgia McKee | 04-04 | 04-04 | 200.00 |
| Bus Debit Card Purchase Brentwood MO | Chick-Fil-A #03497 | 04-03 | 04-05 | 13.79 |
| Bus Debit Card Purchase Brentwood MO | Chick-Fil-A #03497 | 04-03 | 04-05 | 23.47 |
| Bus Debit Card Purchase 8007040154 TX | Propertyware Hq: Cn | 04-03 | 04-05 | 205.00 |
| Bus Debit Card Purchase Saint Louis MO | Kfc J625149 | 04-04 | 04-05 | 41.58 |
| Bus Debit Card Purchase Saint Louis MO | Sq *Midtown Stl - Pappy's | 04-04 | 04-05 | 60.00 |
| Bus Debit Card Purchase Saint Peters MO | Qt 608 | 04-05 | 04-08 | 9.32 |
| Bus Debit Card Purchase Saint Louis MO | Starbucks 82194 | 04-05 | 04-08 | 14.51 |
| Bus Debit Card Purchase Saint Peters MO | Qt 608 | 04-05 | 04-08 | 27.50 |
| Bus Debit Card Purchase San Francisco CA | Cash App*Lolita Renee Fox | 04-05 | 04-08 | 4,333.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Raymond McKee*Ad | 04-06 | 04-08 | 315.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Jamarr Laney | 04-06 | 04-08 | 634.00 |
| Bus Debit Card Purchase VISA Direct NY | Venmo *Keisha McKee | 04-06 | 04-08 | 1,240.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Tracy Smith | 04-06 | 04-08 | 1,273.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Rob | 04-07 | 04-08 | 300.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Charles McKee | 04-07 | 04-08 | 2,236.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Tracy Smith | 04-08 | 04-08 | 80.00 |
| Debit Card Recurring Payment Cl.Intuit.Com CA | Intuit *Qbooks Online | 04-08 | 04-09 | 30.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Christopher Adam | 04-08 | 04-09 | 45.00 |
| Bus Debit Card Purchase 800-9691940 CA | Cash App*Christopher Adam | 04-10 | 04-10 | 35.00 |
| Bus Debit Card Purchase Maryland He MO | U-Haulbob S 66 | 04-11 | 04-15 | 46.49 |
| Debit Card Recurring Payment 866-712-7753 CA | Apple.Com/Bill | 04-12 | 04-15 | 37.95 |

**Total Debit Card Purchases & Debits**                                                                       **$12,043.52**

### Withdrawals & Other Debits  Account # _____

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Returned Deposited Item Return Reason: NSF | 000000000099000088 | 04-10 | 04-10 | 8,750.00 |

Page Number: 6 of 6

**Withdrawals & Other Debits**  Account # ▉▉▉▉▉▉ (Cont.)

| Description | Tran Date | Date Paid | Amount |
|---|---|---|---|
| Paid Item Od-NSF Charge | 04-16 | 04-16 | 36.00 |

**Total Withdrawals & Other Debits**  $8,786.00

**Checks Paid**  Account # ▉▉▉▉▉▉

| Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|
| 04-08 | 73 | 4,000.00 | 650813760449 |

**Total Checks Paid**  $4,000.00

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO  64106-3686 or call us at 800-453-BANK.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will  be considered dormant and assessed a $8 monthly fee.  Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204