## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-43539 |
| | ) | Honorable Brian C. Walsh |
| HUDSON & MCKEE REAL ESTATE LLC, | ) | Chapter 11 Proceeding |
| | ) | |
| | ) | OBJECTION TO CLAIM #3 OF |
| EIN – 83-4384182 | ) | BRIAN MCKEE |
| | ) | |
| Debtor. | ) | Hearing Date: July 24, 2024 |
| | ) | Hearing Time: 11:00 a.m. |
| | ) | Location:  Courtroom 5 North |
| | ) | |
| | ) | Spencer P. Desai, Esq. |
| | ) | The Desai Law Firm, LLC |
| | ) | 13321 North Outer Forty Road, Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |

### DEBTOR'S OBJECTION CLAIM NUMBER 3 FILED BY BRIAN MCKEE

To:   Brian McKee
       c/o Hein Schneider & Bond P.C.
       Brentwood, MO 63144

**WARNING: THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY JULY 17, 2024.**

**YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS OBJECTION, PLEASE CONTACT THE UNDERSIGNED COUNSEL FOR THE DEBTOR.  REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Debtor Hudson & McKee Real Estate LLC, by and through its undersigned counsel, and for its Objection to Claim Number 3 of Brian McKee ("B. McKee") states to the Court as follows:

1. On January 17, 2024, B. McKee filed a claim in the amount of $334,850.00 as a general unsecured claim ("Claim") . Of the total claim amount, B. McKee asserts that $15,150 is entitled to payment as a priority claim under 11 U.S.C. §507(a)(4) ("Priority Claim").

2. By prior agreement, the Debtor does not object to the filing of B. McKee's Claim past the claim bar deadline.

2. The Claim has no supporting documentation showing an employment agreement, contract or any relationship with the Debtor or calculation of the claim amount.

3. The Debtor disputes that B. McKee is, or was, an employee of the Debtor and disputes the validity of the Claim and Priority Claim.

4. To the extent B. McKee is entitled to an unsecured claim, the Debtor disputes the allowance of the Priority Claim absent proof of the wages, salaries or commission earned within 180 days of the Debtor's October 1, 2023 petition date.

WHEREFORE, Debtor prays this Court make and enter its Order sustaining the Debtor's Objection to Claim Number 3 of Brian McKee, disallowing the claim and such other and further relief as this Court deems just and proper.

Dated: June 4, 2024                                      Respectfully submitted,

                                                         THE DESAI LAW FIRM, LLC

                                                         By:   */s/ Spencer P. Desai*
                                                             Spencer P. Desai, #39877
                                                             13321 North Outer Forty Road, Suite 300
                                                             St. Louis, MO 63017
                                                             Telephone: (314) 666-9781
                                                             Facsimile: (314) 448-4320
                                                             spd@desailawfirmllc.com

                                                             ATTORNEYS FOR DEBTOR


## CERTIFICATE OF SERVICE

       The undersigned hereby certifies on the 4th day of June, 2024, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by first class mail, postage pre-paid, to the following:

Todd S. Garan
Aldridge Pite, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

Carole Ryczek
Office of the United States Trustee
111 South 10th Street, Room 6.353
St. Louis, MO 63102

John R. Klevorn III
Spencer Fane LLP
1 North Brentwood, Suite 1200
St. Louis, MO 63105

St. Louis City Real Estate Tax Department
1200 Market Street
City Hall Room 109
St. Louis, MO 63103

Seth Albin
903 S. Lindbergh Blvd.
Suite 200
St. Louis, MO 63131

Randall Gusdorf
9666 Olive Blvd. Suite 211
St. Louis, MO 63132

Metropolitan Sewer District
P.O. Box 437
St. Louis, MO 63166

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Park Place Finance LLC
7000 N. Mopac, Suite 200-41
Austin, TX 78731

Trenton K. Bond
2244 S. Brentwood Blvd.
St. Louis, MO 63144

Adam Breeze
Millsap & Singer, LLC
612 Spirit Drive
St. Louis, MO 63005

/s/ *Spencer P. Desai*