## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 23-43539-357 |
| Hudson & McKee Real Estate LLC, ) | Chapter 11 |
| Debtors, ) | |
| ) | |

### CREDITOR BRIAN MCKEE'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

COMES NOW Creditor Brian McKee ("*Creditor*"), by and through counsel, pursuant to L.R. 3020, and for his Response to Debtor Hudson & McKee Real Estate, LLC's ("*Debtor*") Objection to Claim Number 3 filed by Creditor, states as follows:

1. Creditor is a former employee and current shareholder of Debtor who is owed unpaid wages which were earned by Creditor during the course of his tenure in Debtor's employ.

2. On October 10, 2023, Debtor filed the present matter. [Docket #1].

3. On October 26, 2023, Debtor filed its schedules which, despite the extensive unpaid wages owed to Creditor, failed to list Creditor at all, let alone assert any dispute to the claim for those wages. [Docket #38].

4. Despite not receiving notice of the filing, Creditor became aware thereof and filed his proof of claim on January 17, 2024 distinguishing between the $15,150 in unpaid wages entitled to priority pursuant to 11 U.S.C. § 507(a)(4) and the additional $334,850 in unpaid wages. [Claim #3].

5. In support of his claim, Creditor states that he was an at-will employee of Debtor and his annual salary for the years 2019 through 2023 was $100,000.

6. However, despite an agreement that Creditor would be paid an annual salary of $100,000 for the years 2019 through 2023, Creditor was paid $30,000 per year instead.

1

7. Based on this, Creditor is owed back wages for work performed as follows:

2019: $70,000

2020: $70,000

2021: $70,000

2022: $70,000

2023: $70,000

TOTAL: $350,000

8. Of the total amount of $350,000, Creditor is entitled to $15,150 as a priority claim pursuant to 11 U.S.C. § 507(a)(4), thus leaving $334,850 as an unsecured, non-priority claim of unpaid wages.

WHEREFORE, Creditor Brian McKee prays this Honorable Court for its Order allowing Creditor's Claim as filed and denying Debtor's Objection to Claim Number 3, directing that $15,150.00 of Claim Number 3 be treated as a priority claim pursuant to 11 U.S.C. § 507(a)(4), and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

HEIN SCHNEIDER & BOND P.C.

*/s/ Trenton K. Bond*
Trenton K. Bond, #50911
2244 S. Brentwood Blvd.
St. Louis, MO 63144
(314) 863-9100
(314) 863-9101 fax
tkb@hsbattorneys.com

*Attorney for Creditor Brian McKee*

## Certificate of Service

      I certify that a true and correct copy of the foregoing document was filed electronically on August 14, 2024, with the U.S. Bankruptcy Court, and has been served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by regular U.S. Mail, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the U.S. Bankruptcy Court.

                                            */s/ Trenton K. Bond*