## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Case No.: 23-43539** |
| | ) | **Honorable Brian C. Walsh** |
| **HUDSON & MCKEE REAL ESTATE LLC,** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **EIN – 83-4384182** | ) | **Spencer P. Desai, Esq.** |
| **Debtor.** | ) | **Desai Law Firm LLC** |
| | ) | **13321 North Outer Forty Rd., Suite 300** |
| | ) | **St. Louis, Missouri 63017** |
| | ) | **(314) 666-9781** |
| | ) | **spd@desailawfirmllc.com** |
| | ) | |

### RESPONSE TO MOTION FOR RELIEF FILED BY COMMUNITY LOAN SERVICING, LLC

COMES NOW Debtor Hudson & McKee Real Estate LLC ("Debtor"), by and through undersigned counsel, and for its Response to the Motion for Relief filed by Community Loan Servicing, LLC, states to the Court as follows:

1. Debtor admits the allegations contained in Paragraph 1 of the Motion.

2. Debtor admits the allegations contained in Paragraph 2 of the Motion.

3. Debtor admits the allegations contained in Paragraph 3 of the Motion.

4. Debtor admits the allegations contained in Paragraph 4 of the Motion.

5. Debtor admits the allegations contained in Paragraph 5 of the Motion.

6. Debtor admits the allegations contained in Paragraph 6 of the Motion.

7. Debtor admits the allegations contained in Paragraph 7 of the Motion.

8. Debtor admits that post-petition payments have not been made but denies the remaining allegations contained in Paragraph 8 of the Motion.

9. Debtor is without sufficient information to admit or deny the allegations contained

in Paragraph 9 of the Motion.

10.    Debtor denies the allegations contained in Paragraph 10 of the Motion.

11.    Debtor denies the allegations contained in Paragraph 11 of the Motion.

12.    Debtor denies the allegations contained in Paragraph 12 of the Motion.

13.    Debtor denies the allegations contained in Paragraph 13 of the Motion.

14.    Debtor denies the allegations contained in Paragraph 14 of the Motion.

WHEREFORE, Debtor prays this Court make and enter its Order denying the Motion for

Relief and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

THE DESAI LAW FIRM, LLC

By:  _/s/ Spencer P. Desai_____
      Spencer P. Desai, #39877
      13321 North Outer Forty Road, Suite 300
      St. Louis, MO 63017
      Telephone: (314) 666-9781
      Facsimile: (314) 448-4320
      spd@desailawfirmllc.com

      *COUNSEL FOR DEBTOR*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 9th day of October, 2024, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by first class mail, postage pre-paid, to the following:

Todd S. Garan            Seth Albin
Aldridge Pite, LLP        903 S. Lindbergh Blvd.
8880 Rio San Diego Drive, Suite 725   Suite 200
San Diego, CA 92108      St. Louis, MO 63131

Carole Ryczek
Office of the United States Trustee
111South 10th Street, Room 6.353
St. Louis, MO 63102

John R. Klevorn III
Spencer Fane LLP
1 North Brentwood, Suite 1200
St. Louis, MO 63105

St. Louis City Real Estate Tax Department
1200 Market Street
City Hall Room 109
St. Louis, MO 63103

Park Place Finance LLC

7000 N. Mopac, Suite 200-41
Austin, TX 78731

Randall Gusdorf
9666 Olive Blvd. Suite 211
St. Louis, MO 63132

Metropolitan Sewer District
P.O. Box 437
St. Louis, MO 63166

Internal Revenue Service

P.O. Box 7346
Philadelphia, PA 19101

/s/ *Spencer P. Desai*

3