UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 23-43539-357 |
| **HUDSON & MCKEE REAL ESTATE, LLC,** | Chapter 11<br>Subchapter V |
| Debtor. | Related to Doc. 113 |

ORDER DENYING MOTION TO DISMISS
AND CONTINUING HEARING ON MOTION FOR RELIEF FROM STAY

  This matter is before the Court on the Motion for Relief from Automatic Stay, or in the Alternative, to Dismiss filed on September 25, 2024, by Creditor Community Loan Servicing, LLC (the "Motion"). The Court held a hearing on the Motion on October 9, 2024. Spencer P. Desai, counsel for the Debtor, and Adam Grissom Breeze, counsel for Creditor Community Loan Servicing, LLC, appeared at the hearing. No other parties appeared.

  For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED AS FOLLOWS:

  1. The alternative request in the Motion for dismissal of this case is **DENIED WITHOUT PREJUDICE.**

  2. The hearing on the remaining relief requested in the Motion is continued until November 6, 2024, at 11:00 a.m. Central time.

Dated: October 9, 2024
St. Louis, Missouri
cjs

_/s/ Brian C. Walsh_
Brian C. Walsh
United States Bankruptcy Judge

Serve:

**Hudson & McKee Real Estate LLC**
3155 Brantner Place
Saint Louis, MO 63106

**Spencer P. Desai**
The Desai Law Firm, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017

**Seth A Albin**
Seth Albin, Trustee
903 S. Lindbergh Blvd.
Suite 200
St. Louis, MO 63131

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Carole J. Ryczek**
Office of the U. S. Trustee
11 South 10th Street, Suite 6.353
St. Louis, MO 63102

**Adam Grissom Breeze**
Millsap & Singer, LLC
612 Spirit Drive
St. Louis, MO 63005

**Cynthia M Kern Woolverton**
Millsap and Singer, LLC
612 Spirit Drive
St. Louis, MO 63005