## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 23-43539-357 |
| Hudson & McKee Real Estate, LLC, *Debtor(s)* ) | Chapter: 11 |
| ) | |
| Bank of America, N.A., by Bank of America, N.A., *Movant* ) | Hearing Date: April 23, 2025 |
| ) | Hearing Time: 11:00am |
| vs. ) | Objection Deadline: April 16, |
| ) | 2025 |
| Hudson & McKee Real Estate, LLC, *Respondent(s)* ) | |
| | Re: Motion No. 111 |
| | Order No. 133 |

### AMENDED NOTICE OF HEARING AND NOTICE OF DEFAULT

**WARNING: THIS NOTICE SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE NOTICE, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TOTHE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY <u>APRIL 16, 2025</u>. YOUR RESPONSE MUST STATE WHY THE NOTICE SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE NOTICE AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE NOTICE AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS. THE HEARING WILL BE HELD ON THE DATE AND TIME ABOVE BEFORE THE HONORABLE WALSH, BRIAN C, IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF MISSOURI, THOMAS F. EAGLETON U.S. COURTHOUSE, 111 SOUTH TENTH STREET, 5TH FLOOR, NORTH COURTROOM, ST. LOUIS, MO 63102.**

COMES NOW, Bank of America, N.A., by Bank of America, N.A. and for its Notice of Default states as follows:

1. In resolution of Bank of America, N.A., by Bank of America, N.A.'s Motion for Relief from the Automatic Stay in regard to realty owned by the Debtor, a Consent Order and Stipulation (Order) was entered on or about February 11, 2025.

2. Pursuant to the Order, Debtor agreed to make monthly post-petition payments as they became due beginning January 25, 2025 to the address provided by Movant, or its successors and assigns in the monthly mortgage statement.

3. It was further stipulated that in the event the Debtor failed to perform in making these payments, Movant was required to provide notice under the terms of the Order. Thereafter, Movant would be entitled to an Order from the Court granting relief from the automatic stay allowing Movant to

exercise all of its rights and remedies under the Promissory Note, Deed of Trust, or as may otherwise be provided for by state and non-bankruptcy law.

4. The Order filed in resolution of Movant's motion has been breached by the Debtor. As of March 20, 2025, a delinquency in the amount of $6,376.71 exists under the terms of the Order. A breakdown of the delinquency is as follows:

| Payment | Due Date | Amount |
|---|---|---|
| Stipulation Payment | 01/08/2025 | $2,000.00 |
| Monthly payment | 01/25/2025 | $713.68 |
| Stipulation Payment | 02/08/2025 | $1,454.47 |
| Monthly Payment | 02/25/2025 | $704.16 |
| Stipulation Payment | 03/08/2025 | $1,454.40 |
| Attorney Fee | | $50.00 |
| **Total** | | **$6,376.71** |

The address to which payments can be made for [Bank of America, N.A.] is:
Bank of America N.A.
PO Box 660933
Dallas, TX

**WHEREFORE**, pursuant to the Order, Movant hereby gives notice that in the event a valid defense is not set forth or funds tendered sufficient to cure the delinquency identified above along with all amounts that have come due under the terms of the Promissory Note, Deed of Trust, and/or Order of the Court within fourteen (14) days of the date given below, Movant, or its successors and assigns will herewith be proceeding with foreclosure in order to pursue its rights and remedies under state and non-bankruptcy law in connection with the subject Promissory Note and/or Deed of Trust. Movant will request this Court issue an Order granting relief from the automatic stay to Movant for such purposes.

March 20, 2025

SOUTHLAW, P.C.

*/s/ Hunter C. Gould*

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 219934
Case No: 23-43539-357

## CERTIFICATE OF MAILING/SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 3, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as list on the Court's Electronic Mail Notice List.

- **Seth A Albin**     albintrustee@summerscomptonwells.com, salbin@ecf.axosfs.com;mpink@summerscomptonwells.com
- **Trenton Kirkwood Bond**     tkb@hsbattorneys.com
- **Spencer P. Desai**     spd@desailawfirmllc.com
- **Randall E. Gusdorf**     rgusdorf@attystl.com
- **Matthew S Layfield**     mlayfield@polsinelli.com, robrien@polsinelli.com;stldocketing@polsinelli.com
- **Office of US Trustee**     USTPRegion13.SL.ECF@USDOJ.gov
- **Carole J. Ryczek**     carole.ryczek@usdoj.gov

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on April 3, 2025.

Hudson & McKee Real Estate, LLC
3155 Brantner Place
St. Louis, MO 63106
**RESPONDENTS**

George O Hudson
762 Bayard Ave
St Louis, MO 63108
**CO DEBTOR**

Sharon D Hudson
762 Bayard Ave
St Louis, MO 63108
**CO DEBTOR**

SOUTHLAW, P.C.

*/s/ Hunter C. Gould*
_____

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 219934
Case No: 23-43539-357

| NAME: | Hudson & McKee Real Estate, LLC | | | CASE NO: | 23-43539-357 |
|---|---|---|---|---|---|
| CLIENT: | Bank of America, N.A. | | | DATE FILED: | 11/1/2023 |
| ACCT NO: | XXXXXX9869 | | | FILE NO: | 219934 |

| TRANS DATE | APPLIED TO | CHECK NUMBER | DESCRIPTION | AMOUNT RECEIVED | AMOUNT DUE | AMOUNT UNAPPLIED | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | | $ - | $ - |
| | | | | | | - | - |
| | 11/25/22 | | | $ - | $ 38.02 | (38.02) | (38.02) |
| | 12/25/22 | | | $ - | $ 648.72 | (648.72) | (686.74) |
| | 01/25/23 | | | $ - | $ 690.07 | (690.07) | (1,376.81) |
| | 02/25/23 | | | $ - | $ 711.44 | (711.44) | (2,088.25) |
| | 03/25/23 | | | $ - | $ 678.39 | (678.39) | (2,766.64) |
| | 04/25/23 | | | $ - | $ 722.12 | (722.12) | (3,488.76) |
| | 05/25/23 | | | $ - | $ 709.40 | (709.40) | (4,198.16) |
| | 06/25/23 | | | $ - | $ 742.10 | (742.10) | (4,940.26) |
| | 07/25/23 | | | $ - | $ 728.78 | (728.78) | (5,669.04) |
| | 08/25/23 | | | $ - | $ 740.74 | (740.74) | (6,409.78) |
| | 09/25/23 | | | $ - | $ 751.16 | (751.16) | (7,160.94) |
| | 10/25/23 | | | $ - | $ 736.15 | (736.15) | (7,897.09) |
| | 11/25/23 | | | $ - | $ 745.99 | (745.99) | (8,643.08) |
| | 12/25/23 | | | $ - | $ 733.86 | (733.86) | (9,376.94) |
| | 01/25/24 | | | $ - | $ 733.85 | (733.85) | (10,110.79) |
| | 02/25/24 | | | $ - | $ 757.09 | (757.09) | (10,867.88) |
| | 03/25/24 | | | $ - | $ 720.77 | (720.77) | (11,588.65) |
| | 04/25/24 | | | $ - | $ 732.87 | (732.87) | (12,321.52) |
| | 05/25/24 | | | $ - | $ 744.95 | (744.95) | (13,066.47) |
| | 06/25/24 | | | $ - | $ 744.96 | (744.96) | (13,811.43) |
| | 07/25/24 | | | $ - | $ 720.77 | (720.77) | (14,532.20) |
| | 08/25/24 | | | $ - | $ 757.06 | (757.06) | (15,289.26) |
| | 09/25/24 | | | $ - | $ 744.96 | (744.96) | (16,034.22) |
| | 10/25/24 | | | $ - | $ 732.86 | (732.86) | (16,767.08) |
| | 11/25/24 | | | $ - | $ 724.11 | (724.11) | (17,491.19) |
| | 12/25/24 | | | $ - | $ 712.68 | (712.68) | (18,203.87) |
| | | | MFR fees | $ - | $ 1,050.00 | (1,050.00) | (19,253.87) |
| | | | MFR costs | $ - | $ 199.00 | (199.00) | (19,452.87) |
| 02/11/25 | | | Stip filed | | | - | - |
| 03/25/25 | | | | $ 1,100.00 | $ - | 1,100.00 | 1,100.00 |
| **DUE** | **01/08/25** | | | **$ -** | **$ 2,000.00** | **(2,000.00)** | **(900.00)** |
| **DUE** | **01/25/25** | | | **$ -** | **$ 713.68** | **(713.68)** | **(1,613.68)** |
| **DUE** | **02/08/25** | | | **$ -** | **$ 1,454.47** | **(1,454.47)** | **(3,068.15)** |
| **DUE** | **02/25/25** | | | **$ -** | **$ 704.16** | **(704.16)** | **(3,772.31)** |
| **DUE** | **03/08/25** | | | **$ -** | **$ 1,454.40** | **(1,454.40)** | **(5,226.71)** |
| **DUE** | **03/25/25** | | | **$ -** | **$ -** | **-** | **(5,226.71)** |
| **DUE** | | | **NOD fee** | **$ -** | **$ 50.00** | **(50.00)** | **(5,276.71)** |