UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 23-43539-357 |
| HUDSON & MCKEE REAL ESTATE, LLC, | ) ) | Hon. Brian C. Walsh |
| Debtor. | ) ) | United States Bankruptcy Judge |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) ) | |
| | ) | Hearing Date: May 7, 2025 |
| JERRY L. JENSEN, | ) | Hearing Time: 11:00 a.m. |
| Acting United States Trustee, | ) | Hearing Location: Eagleton U.S. Courthouse |
| Movant, | ) | 111 S. 10th Street |
| | ) | Courtroom 5 North |
| v. | ) | St. Louis, MO 63102 |
| | ) | Objection Deadline: April 30, 2025 |
| HUDSON & MCKEE REAL ESTATE, LLC, | ) ) | |
| Respondent. | ) | |

**NOTICE OF HEARING**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY APRIL 30, 2025. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

     **PLEASE TAKE NOTICE** that the United States Trustee has filed a Motion to Dismiss Case Pursuant to 11 U.S.C. §§ 1112(b)(1) and 1112(b)(4)(E) (the "Motion"). A copy of the Motion is attached. The Motion also may be obtained from the undersigned at the address below or from the Clerk of the United States Bankruptcy Court, 111 South 10th Street, 4th Floor, St. Louis, Missouri 63102.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held before the Honorable Brian C. Walsh, United States Bankruptcy Judge for the Eastern District of Missouri, on **May 7, 2025, at 11:00 a.m.,** or as soon thereafter as the matter may be heard, in Courtroom 5 North of the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.  Only parties opposing the Motion are required to appear.  Any **response or objection** to the Motion must be copied to the United States Trustee attorney identified below and filed with the United States Bankruptcy Court at the address listed above and in accordance with its procedures no later than **April 30, 2025, seven (7) days** prior to the hearing.  The failure to timely file an objection or response in opposition could result in the granting of the relief requested in the Motion.  Please read the language set forth above in **BOLD** type.

Respectfully submitted,

JERRY L. JENSEN
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

By:     */s/ Carole J. Ryczek*
CAROLE J. RYCZEK
E.D. Missouri Bar #6195873IL
Trial Attorney
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
PH: (314) 539-2982
FAX: (314) 539-2990
carole.ryczek@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Hearing was filed electronically on April 16, 2025, with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri, and has been served upon the parties in interest via email by the Court's CM/ECF System as listed on the following parties listed on Court's Electronic Mail Notice List:

Spencer P. Desai, attorney for the debtor: spd@desailawfirmllc.com

Seth A. Albin, subchapter V trustee: albintrustee@summerscomptonwells.com

Matthew S. Layfield, attorney for Community Loan Servicing, LLC:  mlayfield@polsinelli.com

Hunter Charles Gould, attorney for Bank of America, N.A.: hunter.gould@southlaw.com

Trenton Kirkwood Bond, attorney for Brian McKee:  tkb@hsbattorneys.com

Randall E. Gusdorf, attorney for Metropolitan St. Louis Sewer District: rgusdorf@attystl.com

*/s/Carole J. Ryczek*
Carole J. Ryczek
Trial Attorney
Office of the United States Trustee

I further certify that a true and correct copy of the foregoing Notice of Hearing was filed electronically on April 16, 2025, with the United States Bankruptcy Court for the Eastern District of Missouri and that, in addition to the parties served with the Notice of Hearing by the Court's CM/ECF System, the undersigned served a true and complete copy of the Notice by First-Class United States mail, postage prepaid, upon the debtor, Hudson & McKee Real Estate, LLC at the address listed below:

Hudson & McKee Real Estate, LLC
3155 Brantner Place
St. Louis, MO 63106

*/s/Carole J. Ryczek*
Carole J. Ryczek
Trial Attorney
Office of the United States Trustee