## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-43539-357 |
| | ) | Chapter 11 |
| **HUDSON & MCKEE REAL ESTATE LLC,** | ) | |
| | ) | Subchapter V |
| Debtor. | ) | |
| ————————————————— | ) | |
| | ) | Hearing Date: May 7, 2025 |
| **JERRY L. JENSEN**, Acting United States Trustee, | ) | Hearing Time: 11:00 a.m. |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Related to Doc. 147 |
| | ) | |
| **HUDSON & MCKEE REAL ESTATE LLC,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER GRANTING THE UNITED
## STATES TRUSTEE'S MOTION TO DISMISS CASE
## PURSUANT TO 11 U.S.C. §§ 1112(b)(1) AND 1112(b)(4)(E)

The matter before the Court is the Acting United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. §§ 1112(b)(1) and 1112(b)(4)(E) ("the Motion"). The Motion was called for hearing on May 7, 2025. Spencer P. Desai appeared for the Reorganized Debtor, Hudson & McKee Real Estate LLC (the "Reorganized Debtor"), and Trial Attorney Carole J. Ryczek appeared on behalf of the Acting United States Trustee at the hearing on the Motion. No other parties appeared.

During the hearing, Ms. Ryczek reported that the Reorganized Debtor had not complied with Court's Order dated July 1, 2024, confirming the Reorganized Debtor's Second Amended Plan ("the Confirmation Order") and the Court's Order dated March 31, 2025, granting the United States Trustee's Motion to Compel ("the March 31 Order"), both of which required the

Reorganized Debtor to file quarterly reports showing the calculation of the Reorganized Debtor's excess monthly income, rent rolls showing lease expiration dates and whether each unit for the Reorganized Debtor's real property is current, delinquent, or in eviction status, a balance sheet, aged payables, and aged receivables reporting. (Doc. 102 ¶ 13; Doc. 144 ¶ 2). Mr. Desai confirmed the accuracy of Mr. Ryczek's statements and did not oppose the Motion.

Based on the record in this case and the Court's consideration of the legal and factual bases for the relief sought in the Motion, particularly the Reorganized Debtor's repeated failure to comply with the Confirmation Order and failure to comply with the March 31 Order, **IT IS HEREBY ORDERED THAT**:

1.      The Motion (Doc. 147) is **GRANTED**.

2.      This case is hereby **DISMISSED** pursuant to 11 U.S.C. §§ 1112(b)(1) and 1112(b)(4)(E) based on the Reorganized Debtor's failure to comply with the Confirmation Order and the March 31 Order, and 11 U.S.C. §§ 1112(b)(1) and 1112(b)(4)(N) based on the Reorganized Debtor's material default with respect to a confirmed plan.

Dated:  May 7, 2025
St. Louis, Missouri
cjs

*Brian C Walsh*
_____
Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

**Carole J. Ryczek**
Trial Attorney
Office of the United States Trustee
111 S. 10th Street
Suite 6.353
St. Louis, MO 63102

Copies to:

**Hudson & McKee Real Estate LLC**
3155 Brantner Place
St. Louis, MO 63106
REORGANIZED DEBTOR

**Spencer P. Desai**
The Desai Law Firm, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017
ATTORNEY FOR DEBTOR

**Seth A Albin**
Seth Albin, Trustee
903 S. Lindbergh Blvd.
Suite 200
St. Louis, MO 63131
SUBCHAPTER V TRUSTEE

**Carole J. Ryczek**
Trial Attorney
Office of the United States Trustee
111 South 10th Street
Suite 6.353
St. Louis, MO 63102
ATTORNEY FOR U.S. TRUSTEE

**ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX.**