**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-43539-357 |
| | ) | |
| HUDSON & MCKEE REAL ESTATE, LLC | ) ) | Honorable Brian C. Walsh |
| | ) | Chapter 11 Proceeding |
| Debtor. | | |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Seth A. Albin, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was dismissed (or converted, as applicable) with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on August 30, 2024, the Court ordered compensation of $3,669.25 be awarded to the trustee and authorized the Trustee to apply the $1,000.00 that the trustee was holding toward that amount leaving an outstanding balance owed of $2,669.35 [Docket No. 109].  The outstanding balance has not yet been paid by the debtor to the trustee.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable).  I request that I be discharged from any further duties as trustee.

Respectfully submitted,

Dated:  June 30, 2025

*/s/ Seth A. Albin*
Seth A. Albin, # 46483MO
Summers Compton Wells LLC
903 S. Lindbergh Blvd., Suite 200
St. Louis, Missouri 63131
(314) 991-4999 Telephone
(314) 872-0340 Fax
albintrustee@summerscomptonwells.com
*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was filed electronically on June 30, 2025 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

                                                       */s/ Seth A. Albin*
                                                       Seth A. Albin